

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

FRANK CHRISTIAN DUNN,
Plaintiff,

v.

Case No.    4:23-cv-00428-KGB-PSH

UNITED STATES OF AMERICA,
Defendant.

This case assigned to District Judge **Baker**
and to Magistrate Judge **Harris**

COMPLAINT FOR BREACH OF DUTY UNDER THE FEDERAL TORT CLAIMS ACT

For his complaint, FRANK CHRISTIAN DUNN, states as follows:

I. THE PARTIES AND JURISDICTION

1. Plaintiff, FRANK CHRISTIAN DUNN, ("Dunn"), pro se, is a prisoner currently incarcerated in the custody of the Bureau of Prisons at FCC Forrest City LOW,AR.

2. Defendant, UNITED STATES OF AMERICA, is the proper defendant under the Federal Tort Claims Act for claims against the United States for money damages for injury caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment.

1

3. The UNITED STATES OF AMERICA may be served with process by serving: Attorney General, Merrick Garland, Department of Justice, 950 Pennsylvania Ave. NW, Washington,D.C. 20530, and General Counsel, Office of General Counsel, Central Office, 320 First Street, NW, Washington, D.C. 20534, and Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, Post Office Box 1229, 425 W. Capitol Avenue, Suite 500, Little Rock,AR 72203.

4. Jurisdiction and venue is proper in this Court pursuant to 28 U.S.C. §1346(b), because the UNITED STATES OF AMERICA is the proper defendant under the Federal Tort Claim Act  and the events occurred in the Eastern District of Arkansas.

5. Dunn has exhausted his administrative remedies prior to filing this civil claim. See EXHIBIT A, B, and C.

## II. FACTS

6. On or about 5/4/2020 at approximately 2:00a.m. to 3:30a.m. Dunn fell roughly 5 feet to the ground from his Bureau of Prisons assigned top bunk located in the Wynne-Bravo unit at FCC Forrest City LOW, Arkansas. See EXHIBIT D.

7. FCC Forrest City LOW Health Services never came to the scene in paragraph 5.

8. Bureau of Prisons staff made Dunn dress himself and walk unaided, without a neck collar, to FCC Forrest City LOW Health Services Department after the fall in paragraph 5.

9. Dunn was transferrd by emergency medical personnel to Forrest City Medical, Forrest City,AR at approximately 6:00a.m. to 7:00a.m. on 5/4/2020.

10. Dunn was transferred to Regional One Health, Memphis on 5/4/2020 at approximately 11:00a.m.

11. Regional One Health, Memphis records show that no c-collar or neck aspine was on Dunn when he arrived at Regional One Health,Memphis. See EXHIBIT E.

2

12. As a result of paragraph 5, Regional One Health,Memphis found Dunn to have multiple right sided rib fractures and identifiable head injury. See EXHIBIT F and G.

13. As a result of paragraph 5, Regional One Health,Memphis found Dunn to have multiple right sided spinal fractures. See EXHIBIT F and G.

14. As a result of paragraph 5, Regional One Health,Memphis found Dunn to have a right clavicle fracture. See EXHIBIT F and G.

15. FCC Forrest City LOW Health Services records of 5/6/2020 document that Regional One Health,Memphis scheduled follow up with Dunn for orthopedic surgery consultation on 5/20/2020. See EXHIBIT H.

16. The scheduled follow up of paragragh 15 never occurred.

17. On 5/22/2020 FCC Forrest City LOW Health Services proscribes Dunn a 14 day prescription for Ibuprofen and Acetaminophen; Dunn is told by Health Services staff that when the 14 day prescription of Ibuprofen and Acetaminophen is used up to "purchase from commissary when gone." See EXHIBIT I.

18. On 7/21/2020 FCC Forrest City LOW Health Services orders x-rays performed on Dunn. See EXHIBIT J.

19. On 9/16/2020 Dunn is seen by FCC Forrest City LOW Health Services because of a sick-call Dunn submitted due to severe pain in his right deformed shoulder, arm, and hand along with numbness in his right hand as a result of no medical treatment of injuries sustained since paragraph 5. See EXHIBIT K.

20. On 2/23/2021 Dunn is finally evaluated by a general surgeon who recommend surgery for Dunn's still broken right clavicle. See EXHIBIT L.

21. On 4/15/2021 Dunn is evaluated by Regional One Health,Memphis and doctors there are shocked that Dunn was not brought back to Regional One Health,Memphis for his 5/20/2020 orthopedic consultation as surgery on Dunn's broken right clavicle would have been performed then. See EXHIBIT M.

22. On 4/15/2021 Regional One Health,Memphis prescribes Dunn diclofenac gel for his broken right clavicle. See EXHIBIT N.

3

23. The prescription for declofenac gel in paragraph 22 is never approved by FCC Forrest City LOW Health Services.

24. On 4/15/2021 Regional One Health,Memphis order FCC Forrest City LOW Health Services to perform lab tests on Dunn. See EXHIBIT O.

25. On 5/24/2021 Dunn is seen by FCC Forrest City LOW Health Services because of a sick-call Dunn submitted due to his pain and numbness in his right hand, fingers, thumb, and pain in right lower and upper arm, and right shoulder that has been persistant daily as a result of paragraph 5 as his right clavicle was still broken. See EXHIBIT P.

26. On 6/10/2021 Dunn is seen by Regional One Health,Memphis where they have to order FCC Forrest City LOW Health Services once again perform lab tests on Dunn as they where not done after paragrapgh 24. See EXHIBIT Q.

27. On 9/30/2021 Dunn is sent to Regional One Health,Memphis for an orthopedic consultation even though doctors there called FCC Forrest City LOW Health Services the previous day to cancel the appointment as FCC Forrest City LOW Health Services has still not performed the lab tests requested in paragraph 24.

28. On 11/23/2021 Dunn submits a sick-call form to FCC Forrest City LOW Health Services due to increasing ringing in his ears and to document the cancellation of an orthopedic consultation at Regional One Health,Memphis scheduled for 9/30/2021. See EXHIBIT R.

29. FCC Forrest City LOW Health Services records of 12/29/2021 show that Dunn still had fractures of his neck, ribs, and right clavicle as a result of paragraph 5. See EXHIBIT S.

30. On 3/31/2022 Dunn has an orthopedic consultation at Regional One Health, Memphis where doctors schedule surgery for 4/22/2022 and inform Dunn that surgery will not change the chronic numbness and tingling in Dunn's upper extremity. See EXHIBIT T.

4

31. FCC Forrest City LOW Health Services records of 4/20/2022 show that Dunn still had fractures in his neck, ribs, and right clavicle. See EXHIBIT U.

32. On 6/21/2022 FCC Forrest City LOW Health Services x-ray records show that Dunn's right clavicle is still broken. See EXHIBIT V.

33. On 9/1/2022 Dunn had a consultation at Regional One Health,Memphis where x-rays from 3/31/2022 were reviewed. See EXHIBIT W.

34. On 9/30/2022 Dunn undergoes surgery to repair his broken right clavicle sustained in paragrapgh 5 at Regional One Health,Memphis. See EXHIBIT X.

35. Regional ONe Health,Memphis records from 9/30/2022 state "Documentation reports plan for surgery 4/22/2022 with Dr.Rudloff for right clavicle nonunion, however there is no further documentation of why the surgery did not occur." See EXHIBIT Y.

36. On 11/3/2022 Dunn has an evaluation at Regional One Health,Memphis post-surgery where Regional One Health,Memphis schedules a follow up six weeks from then; that follow up has yet to occur to date. See EXHIBIT Z.

37. On 12/20/2022 Dunn submits a sick-call to FCC Forrest City LOW Health Services due to the worsening of the chronic ringing in Dunn's ears since paragraph 5. See EXHIBIT AA.

38. On 1/11/2023 Dunn has an encounter at FCC Forrest City LOW Health Services where it is discovered that Dunn has moderate to severe hearing loss. See EXHIBIT BB.

39. From 5/4/2020 to 9/30/2022, a period of 29.2 months, Dunn lived with an untreated broken right clavicle.

40. Dunn experienced pain and suffering and mental anguish for 29.2 months awaiting a proper diagnosis and treatment of a broken right clavicle that the UNITED STATES OF AMERICA through the Bureau of Prisons was responsible to treat. See EXHIBIT CC.

III. CLAIMS FOR RELIEF

Claim I. Breach of Duty

41. Dunn hereby re-alleges and incorporates by reference the facts in paragraph 1-40.

42. The UNITED STATES OF AMERICA through the Bureau of Prisons has a duty pursuant to 18 United States Code Section 4042 to provide Dunn adequate medical care.

43. The UNITED STATES OF AMERICA through the Bureau of Prisons beached its duty in paragraph 42 by failing to timely treat Dunn's broken right clavicle between 5/4/2020 and 9/30/2022.

44. The UNITED STATES OF AMERICA through the Bureau of Prisons through acts and omissions proximately caused Dunn to endure pain and suffering and mental anguish from 5/4/2020 to 9/30/2022 by breaching its duty to act with ordinary diligence in providing adequate treatment for Dunn's broken right clavicle.

45. Dunn seeks damages of $2,000.00 per day from 5/4/2022 to 9/30/2022 due to the gross negligence of the UNITED STATES OF AMERICA through the Bureau of Prisons in failing to treat Dunn's broken right clavicle causing Dunn pain and suffering and mental anguish.

46. Dunn additionally seeks damages determined by this Court for future pain and suffering and mental anguish that Dunn will experience as a result of the UNITED STATES OF AMERICA through the Bureau of Prisons gross negligence in failing to treat Dunn's broken right clavicle from 5/4/2020 to 9/30/2022 causing Dunn chronic arthritis of the neck, spine, and shoulder, tingling and numbness of his right arm, chronic headaches, chronic hearing loss, shoulder pain, higher blood pressure, chronic pain management, greater need for depression/anxiety medication, and the decreased ability to sit and stand for long periods of time.

6

## CONCLUSION

WHEREFORE, Plaintiff, FRANK CHRISTIAN DUNN, pro se, demands judgment against the UNITED STATES OF AMERICA in amounts stated in paragraph 45 and 46, and such other and further relief as may be just, proper, and allowable, including pre-judgment and post-judgment interest and the costs of this suit.

Dated this _3rd_ day of ___May___ ,2023.

Respectfully Submitted,

Frank Dunn
Pro Se
Reg.No.32395-009
FCC Forrest City LOW
P.O. Box 9000
Forrest City,AR 72336

## VERIFICATION

I have read the foregoing COMPLAINT FOR BREACH OF DUTY UNDER THE FEDERAL TORT CLAIMS ACT and hereby verify that the mttters alleged herein are true,except as to metters alleged on informaiton and belief, and as to those I believe them to be true and correct. Executed at Forrest City, Arkansas on this _3rd_ day of ___3rd May___ ,2023.

Frank Dunn, 32395-009

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of purgery and in complaince with 28 U.S.C. §1746 that a true and correct copy of the COMPLAINT FOR BREACH OF DUTY UNDER THE FEDERAL TORT CLAIMS ACT were sent via United States Postal Service, postage pre-paid, to Clerk of the Court, 600 West Capitol Avenue, Little Rock, Arkansas 72201 on this  _3rd_  day of  _May_  ,2023.

Frank Dunn asks this Court's Clerk to serve all other interested parties by electronic notification and to serve Dunn with a stamped, filed copy of this motion.

Frank Dunn
Pro Se
Reg. No.32395-009
FCC Forrest City LOW
P.O. Box 9000
Forrest City,AR 72336

EXHIBIT A

Declaration of Frank Dunn
_____

    I, Frank Christian Dunn, hereby declare:

I am submitting this SF-95 to the BOP for the following reasons:

•The BOP assigned me to a top bunk which caused my injuries due to a fall on May 4,2020.

•BOP personnel made me walk, without a neck collar, to medical after the fall, which compounded my injuries sustained.

•I have such a lack of care for my injuries that it rises to the level of medical malpractice.

•It has been such a prolonged time of not receiving proper care that irreparable harm has been done to my body.

•I am disfigured because the BOP has failed to properly medically treat my injuries.

•I have been without proper medical care of my injuries for so long that I have developed chronic health issues: chronic pain in my shoulder, neck, and back, severe depression, increased blood pressure, increased stress and anxiety, inability to properly sleep, stand, walk, and sit, and loss of function in my hand.

•The pain and suffering that I have endured for nearly two years due to inadequate medical care by the BOP is nothing short of torture.

•My quality of life is now permanently diminished because of the BOP.


    I hereby declare under the penalty of perjury that the above stated factual assertions are true and correct to the best of my knowledge and belief.
    Executed this _23_ day of _FEBRUARY_ ,2022.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Federal Bureau of Prisons<br>South Central Regional Office<br>US Armed Forces Reserve<br>346 Marine Forces Drive<br>Grand Prairie, Texas 75051 | Frank Dunn<br>32395-009<br>FCC Forrest City LOW<br>P.O. Box 9000<br>Forrest City, AR 72336    Barbara R. Dunn(Personal Rep)<br>14600 Honey Bear Drive<br>Little Rock, AR 72223 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY   ☒ CIVILIAN | 4. DATE OF BIRTH<br>09/29/1959 | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>05/04/2020    Monday | 7. TIME (A.M. OR P.M.)<br>2:00A.M.-3:30A.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Sometime between 2:00A.M. on Monday 5/4/2020, I fell from my assigned top bunk located in the Wynne-Bravo Unit at FCC Forrest City-LOW. Please see attached supplement.

9.          PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

10.          PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

As a result of the fall, I sustained multiple injuries including nine fractured ribs, five fractured upper vertebra, fractured right clavicle, multiple contusions to my left hand, head contusions with bleeding and a likely concussion. Please see attached supplement for further descriptions and ongoing injuries.

11.          WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Jeff Carlton, Adam Farrar, Cliff Millam, Mark Hastert, and Mark Carlisle | FCC Forrest City LOW P.O. Box 9000 Forrest City, AR or released. |

12. (See instructions on reverse).          AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 0.00 | 1,750,000.00 | 0.00 | 1,750,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>501-416-8066 (Personal Rep) | 14. DATE OF SIGNATURE<br>02/23/2022 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance?  ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☒ No

N/A

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☒ No

N/A

17. If deductible, state amount.

N/A

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

N/A

19. Do you carry public liability and property damage insurance?  ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No

N/A

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

Frank Dunn 32395-009

Standard Form 95 (rev 2/2007) - Supplement
Claim for Damage, Injury or Death

8. Basis of Claim

-Sometime between 2:00 a.m.-3:30 a.m. on May 4, 2020, I fell from my assigned top bunk located in the Wynne-Bravo Unit at FCC Forrest City LOW.

-As a result of the fall, I sustained multiple injuries including: nine fractured ribs, five fractured upper vertebra, fractured right clavicle, multiple contusions to my left hand, head contusions with bleeding and a likely concussion.

-Injuries from the fall also included numbness and tingling to my right foot, right hand and fingers and blood in my right lung.

-From the moment of my injury until today, BOP personnel have treated me with irreverence. Witnesses, as described in their personal testimonials, noted mistreatment and callousness on the part of BOP personnel who first arrived on the scene.

-Despite my semi-conscious state, in severe pain and suffering from obvious trauma, I was yelled at, made to rise, dress myself and walk out of the unit unaided.

-It is highly likely that I sustained more extensive injury by being forced to move on my own by BOP Personnel.

-According to witnesses, BOP medical personnel were not present at any time at the scene of my Injuries.

-FCC Forrest City Low medical personnel stated that I was unconscious for one hour after my arrival at medical.

-I was transferred to Forrest City Hospital in the early morning hours. I was made to change clothes and walk on my own to the vehicle in a semi-conscious state without aid.

-Based upon Forrest City medical personnel analysis, I was transferred by ambulance to Regional One Health, Memphis around 11:00 a.m. on May 4, 2020.

-Regional One medical personnel made immediate mention that I arrived without a cervical collar/ neck bracing despite it being known that I had four fractured vertebra, semi-conscious, in pain, and with numbness and tingling in my right foot, toes, right hand and fingers with bleeding head contusions.

-I continue to suffer chronic daily pain.

-Based upon April 15, 2021 on-site follow up evaluation by Dr. Trent Stevens, Orthopedic Surgeon at Regional One, Memphis, the injuries to my clavicle have not healed properly. I was not informed of, nor allowed to attend a scheduled May 20, 2020 follow up with Regional One medical personnel. My fractured clavicle worsens each day as the fractured bones further separate.

Right hand pain, numbness and tingling remain problematic due to the fractured clavicle fragments

1

that press against nerve clusters to my right shoulder.

-I have severe daily neck pain as a result of the accelerating arthritis caused by the four fractured upper vertebra.

-Moderate to severe headaches occur daily that are a result of pinched nerves, arthritis in my neck and improper healing of my fractured clavicle.

-Corrective surgery for my fractured clavicle likely would have been validated by the originally scheduled follow up visit with Regional One medical personnel on May 20, 2020.

-I noticed before May 20, 2020 that my clavicle was misaligned and notified BOP FCC Forrest City Low medical personnel multiple times of this fact.

## 10. State the Nature and Extent of Each Injury

Based upon x-rays at Regional One Health, Memphis, TN, and Forrest City Medical Center at Forrest City, AR, and visual assessments at REgional One, Forrest City Medical and BOP Forrest City Low medical on Monday, May 4, 2020, I was diagnosed with the following, according To my medical records; all the result of my fall:

### BOP Forrest City Medical Records for May 4, 2020

-Fracture of Cervical Spine T1-T4
-Fracture of right ribs 1-8+10
-Fracture of right clavicle
-Transferred to Forrest City Medical Center

### Forrest City Medical Center Records for May 4, 2020

-Pain with trauma/injury - fall injury
-Vertebrae: non-displaced right C7 facet and right T1, T2, T3 and T4 transverse process fractures. Mild reversal of the normal cervical lordosis
-Discs/Spinal canal/Neural foramina: severe intervertebral disc space loss at C5/6 and C6/7. There is a multilevel facet hypertrophy at C4/5. Disc osteophyte complex asymmetric to the left and mild facet hypertrophy contribute to mild facet hypertrophy severe right and moderate to severe left neural foraminal narrowing.
Other bones/joints: there is a right clavicular fracture. There are nondisplaced fractures of the right 1st, 2nd, 3rd and 4th posterior ribs.
Impression: based upon CT spine cervical wo
Nondisplaced right C7 facet and right T1, T2, T3, and T4 transverse process fractures.
Right clavicular fracture and right 1st, 2nd, 3rd and 4th posterior rib fractures.
Lungs: there are bibasilar dependent atelectatic changes.

2

-Bones/Joint: there is a mildly displaced, comminuted right clavicular fracture with a suspected disruption of the acromioclavicular joint. There are nondisplaced right 1st, 2nd, 3rd, 4th, 5th, 6th 7th, 8th and 10th posterior rib fractures, some minimal more that 1 location. There is a fracture of the left T7 superior endplate.

-Impression: based upon CT chest w

-Comminuted right clavicular fractured with possible disruption of the acromioclavicular joint.

-Multifocal right posterior rib fractures. Left T7 endplate fracture.

-Based upon extent of injuries and possible  neurological damage, I was transferred to Regional One Health by ambulance.

## Regional One Health, Memphis, Medical Records for May 4-6, 2020

-BOP staff reported prolonged LOC as patient did not wake up until he was in medical unit.

-Patient was seen at OSH and found to have multiple right side rib fractures, multiple side spinal fractures and right clavicle fracture. He was transferred to ROH for further trauma evaluation.

-No c-collar in place upon arrival.

-Differential diagnosis: fall, contusions, closed fracture, spinal cord injury, head injury.

-Reexamination/reevaluation: patient pain appropriately controlled with IV analgesia. Given patient's age and number of rib fractures, he is at elevated risk of respiratory failure, pneumonia, and mortality. He will need admission for continued pain control and respiratory monitoring. Spine fractures are being evaluated by orthopedic spine team.

Diagnosis:

-C6 cervical fracture, T1-T4 vertical fracture

-Fracture of transverse process of thoracic vertebra

-Multiple fractures of ribs on right side, right side rib 1-8 and 10

-Blood in right lung

-Hemothorax on right

-Right clavicle fracture

-Follow up appointment to get scheduled with ortho orange/trauma nurse practitioners for recheck of fractures.

-Follow up with Regional One Health scheduled for May 20, 2020.

-I was not allowed to attend the May 20, 2020 follow up, nor was it scheduled.

## BOP Forrest City Low Medical Records July 20, 2020-February 2021

-X-rays taken on site of right clavicle, T spine, ribs and C spine

-Indication: history of C7, T1-T4 fracture, multiple right rib fractures
-X-ray findings: Never discussed with me. I was told by BOP Forrest City Low x-ray technician that I would be notified if any issues arose after analysis. I was never notified.
-I put in medical callouts and notified BOP medical personnel on several occasions that I was suffering significant numbness and pain in my right hand, fingers, arm, shoulder, and head and that my broken clavicle was not healing properly.
-September 17, 2020 visit: pinched nerve bundle in my right shoulder diagnosed. Determined to be the source of my hand, arm, shoulder issues. Pain and numbness continues.
-Met with BOP Forrest City general surgeon on February 23, 2021. Diagnosed my multiple fractures and noted that my right clavicle fracture was not healing properly.
-General surgeon put in consultation request with orthopedic specialist.

## Regional One Health – Orthopedic Consultation April 15, 2021

-Dr. Trent Stevens conducted an updated assessment of the injuries noted by Regional One staff during my May 4-6 hospital stay.
-Dr. Stevens expressed concern and alarm between follow up visits at Regional One.
-Right clavicle is not healing properly. X-rays show a widening gap between bone fractures as compared with May 4, 2020 x-rays.
-Extensive arthritis is rapidly progressing in the location of the upper cervical fractures.
-Dr. Stevens noted in my desire to repair my broken clavicle but is reluctant to do so for the following reasons:

-Length of time since the initial injury, and time lapse of improper healing (first noticed by me within one week of release from Regional One). Now results in day long surgery.
-High risk of post-operative infection due to conditions at BOP.
-Lack of rehabilitative and therapeutic recovery programs in BOP.
-Given the passage of time and current damage, successful surgery is diminished.
-My skeletal shoulder frame ("skinny")
-Surgery necessary likely deemed elective by BOP and may not be approved.
-Dr. Stevens suggests pain management for six to ten weeks. Surgical options to be discussed if pain management is unsuccessful.
-Diclofenac gel prescribed by Dr. Stevens for the pain. Not approved by BOP

4

EXHIBIT B



**U.S. Department of Justice**

Federal Bureau of Prisons

South Central Regional Office

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, TX  75051*

March 22, 2022

Frank Dunn
Reg. No. 32395-009
Federal Correctional Institution Low
Post Office Box 9000
Forrest City, Arkansas 72336

Re:  Administrative Tort Claim - TRT-SCR-2022-03318

Mr. Dunn:

This acknowledges our receipt of your claim dated February 23, 2022.  The Federal Bureau of Prisons deemed your claim received for processing March 7, 2022.

Claims processed pursuant to the Federal Tort Claims Act normally receive a response within six months.  Accordingly, you may expect a response from this office on or before September 6, 2022.

Please note it is your responsibility to keep us updated with your correct current address.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/bkv

**U.S. Department of Justice**

Federal Bureau of Prisons
*South Central Regional Office*

*344 Marine Forces Drive*
*Grand Prairie, Texas 75051*

Official Business
Penalty for Private Use $300





U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

PITNEY BOWES

02 1P    $ 000.53⁰
0000007645    MAR 22 2022
MAILED FROM ZIP CODE 75051

Frank Dunn
Reg. No. 32395-009
Federal Correctional Institution
Low
Post Office Box 9000
Forrest City, Arkansas 72336

EXHIBIT C



**United States Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, Texas 75051*

Date Mailed: November 30, 2022

<u>CERTIFIED MAIL</u>
7019 1120 0001 3524 5595

Frank Dunn
Reg. No. 32395-009
FCC Forrest City, Low Institution
P.O. Box 9000
Forrest City, AR 73226

          Re:    Tort Claim No. TRT-SCR-2022-03318

Mr. Dunn:

Your claim has been considered for administrative settlement under the Federal Tort Claims Act (FTCA) 28 U.S.C. § 2672, *et seq.*, and authority granted by 28 C.F.R. § 0.172.

Section 2676 of the Federal Tort Claims Act delegates to each federal agency the authority to consider, determine and settle any claim for money damages against the United States for loss of personal property or injury caused by the negligent or wrongful act or omission of any employee of the agency acting within the scope of his office or employment.

You claim that on May 4, 2020, while incarcerated at FCC Forrest City, Low Institution, you fell from your assigned upper bunk. You allege that you were assigned an upper bunk despite being issued a lower bunk pass. You claim that you sustained multiple injuries in the fall, including nine fractured ribs, five fractured upper vertebrae, a fractured right clavicle, and multiple contusions to your left hand and head. You further allege that you received negligent medical care over the following two years, resulting in pain and suffering, disfigured clavicle, and various other ailments. You seek $1,750,000.00 in compensation.

An investigation into your claim found your allegations unsupported by the evidence and revealed that you did not suffer a loss of personal property or injury caused by the negligence of an employee of the United States acting within the scope of employment. Therefore, your claim is denied.

*DUNN, Frank, Reg. No. 32395-009*
*TRT-SCR-2022-03318*
*Pg. 2.*

You are advised that if you are dissatisfied with the determination in this matter, you are afforded six (6) months from the date of the mailing of this communication within which to bring suit in the appropriate United States District Court.

Sincerely,

Jason A. Sickler
Regional Counsel

cc:    J. Yates, Complex Warden
       FCC Forrest City



**United States Department of Justice**
**Federal Bureau of Prisons**
*Consolidated Legal Center*
**7410 S MacArthur Blvd.**
**Oklahoma City, OK 73169**

*Official Use Only*





7019 1120 0001 3524 5595

Frank Dunn # 32395 -009
FCC Forrest City, Low Institution
Federal Correctional Institution
P.O. Box 9000
Forrest City, AR 73226



72336-900000

EXHIBIT D

MY NAME IS JEFF CARLTON. BEFORE MY ARREST IN DECEMBER 2018 I WORKED AS AN EMERGENCY MEDICAL TECHNICIAN (EMT) FOR METROPOLITAN EMERGENCY MEDICAL SERVICE (MEMS) IN LITTLE ROCK, ARKANSAS. I AM A GRADUATE OF THE ARKANSAS FIRE TRAINING ACADEMY EMT PROGRAM AND WAS A VOLUNTEER FIREFIGHTER WITH THE MAUMELLE FIRE DEPARTMENT AND THE OAK GROVE FIRE DEPARTMENT, BOTH LOCATED IN PULASKI COUNTY ARKANSAS.

ON MAY 4, 2020 I WOKE UP AT APPROXIMATELY 3 AM AND LEARNED THAT FRANK DUNN HAD FALLEN OUT OF HIS UPPER BUNK. MR. DUNN WAS SURROUNDED BY BOP PERSONNEL, NONE OF WHOM APPEARED TO BE OFFERING ANY FORM OF MEDICAL ASSISTANCE. INSTEAD, THEY WERE ASKING MR. DUNN TO GET UP AND WALK OUT OF THE UNIT.

EMT TRAINING DICTATES THAT A PATIENT WHO HAS FALLEN FROM THE HEIGHT THAT MR. DUNN DID SHOULD BE TREATED AS A POSSIBLE TRAUMA PATIENT AND CERVICAL SPINE STABILIZATION SHOULD BE INITIATED TO PREVENT FURTHER INJURY INCLUDING POSSIBLE PARALYZATION. MR. DUNN SHOULD HAVE BEEN PLACED IN A CERVICAL COLLAR AND RESTRAINED ON A RIGGED BACKBOARD.

I ATTEMPTED TO ADVISE THE BOP PERSONELL WHO WERE INSTRUCTING MR. DUNN TO GET UP AND WALK OUT THAT HE PROBABLY HAD BROKEN BONES, INCLUDING A POSSIBLY BROKEN NECK AND THAT HIS HEALTH WAS BEING ENDANGERED BY FORCING HIM TO WALK ON HIS OWN. MR. DUNN WAS OBVIOUSLY DISORIENTED, HE APPEARED TO BE UNABLE TO FOCUS ON ANYTHING AROUND HIM AND HAD A PRONOUNCED UNEVENESS ACROSS HIS SHOULDERS,

I WAS INSTRUCTED TO RETURN TO MY BED AND TO SHUT MY MOUTH. I WAS THREATENED WITH BEING SENT TO THE SHU (SEGREGATED HOUSING UNIT) AS PUNISHMENT FOR ADVOCATING FOR MR. DUNN AND QUESTIONING HIS MISTREATMENT

JEFF G. CARLTON III
32610-009
Jeff G. Carlton III

To whom it may concern:
This is my account of what I witnessed on the early morning of May 4th, 2020.
I was awakened to the light being turned on in the "bird cage" the area we are bunked in the Wynne unit at Forrest City, Arkansas. It was approximately around three A.M., I did not have a watch at the time, but it was after the two A.M. count. I had ear plugs in so I did not hear Frank Dunn fall out of bed, the lights being turned on by Frank's cellmate (bunkmate) brought me awake. I found that Frank had fallen out of bed and was still on the floor lying under his mattress. Gordon pulled off the mattress, and Frank was still on the floor, face clenched in pain, but not responding to questions. The C.O. (correctional officer) arrived and radioed for additional staff, Frank seemed dazed or in some sort of shock due to the violence of his fall of close to five feet to a concrete floor. When other officers arrived along with a supervisor, the supervisor started asking Frank questions, which he could not respond to appropriately, still seeming dazed/confused. The supervisor asked several more questions, and Frank was trying to respond, doing a little better but not seeming to be truly cognizant yet. They asked him if he could get up, and I said to the group of C.O.'s that he shouldn't get up because you don't know what his injuries were. The supervisor glared at me and told me to get back to my bunk area, and also everyone else. They kept urging Frank to get up, and he finally did, very slowly and painfully. Frank was

extemely pale, in pain, and poop probably in shock. He was very unsteady so they gave him a chair to sit in. I truly thought he was going to pass out. Then they made him put on his shoes, and he was unable to use his right arm while he struggled to put them on. Then instead of having him strapped to a back board and poop having his cervical spine immobilized to prevent possible paralysis - which is what should be done in this type of injury, and the obvious confusion that Frank was exhibiting, they stood him up, and when I said I'll get a wheelchair they said that he was going to walk out the door to the medical golf cart to transport to medical. When Frank stood up and turned toward me to be walked out he exhibited an obvious drop to his right shoulder as compared to the left. I thought that he either had a broken clavicle, or a separated shoulder. They walked him out past me, and Frank was clearly in great distress and pain, and unfocused in awareness of events surrounding him.

I haved worked at a teaching hospital for thirty one years as a unit clerk and a nurse tech, on an orthopaedic surgery floor for all of that time. I do know that when you sustain a clavicle fracture, you have sustained a sufficient trauma that without the clavicle breaking as a "shock absorber", you would break your neck instead. To proceed to compel someone with the trauma presented to get up and walk is reckless endangerment, and will full negligence since they were advised not to get Frank up. The put Frank in a very real

danger of paralysis or death due to an ~~seem~~ unstabled cervical vertebral fracture, or punctured lung from multiple rib fractures. This is why EMT strap ~~the~~ trauma victims to a backboard, to prevent patients from being irrevocably harm by carelessness. In my opinion Frank Dunn is lucky to be alive and not be a quadraplegic. At this time his claviele fracture has still not been repaired, putting him at additional risk for nerve damage at the very least, if not worse outcomes.

I attest this to be true,

Clifford Millam

8/24/2020

## Declaration of Adam Farrar

I, Adam Farrar, hereby declare:

1. On or about May 5, 2020 at approximately between 2:00AM and 3:00AM I was awake by a commotion and the lights being turned on.

2. I witnessed that several correctional officers were crowded around the bunk area of Frank Dunn.

3. Mr. Dunn was on the floor sitting cross-legged.

4. Mr. Dunn was pale, clearly not fully conscious, with his eyes rolled back in his head, and was struggling as it appeared he was unable to keep his head up.

5. An unknown female correctional officer was explaining to the other officers that she had found Mr. Dunn in this state before calling them.

6. The other officers began asking Mr. Dunn if he could stand and walk.

7. The other officers then began trying to convince Mr. Dunn that he could stand and walk.

8. The other officers forced Mr. Dunn up into a chair and told him to put on his own shoes unassisted.

-1-

9. The other officers loosely assisted Mr. Dunn to his feet and made him walk out of the housing unit.

10. No officer attempted to call medical staff to the scene

11. No officer suggested or attempted to use a wheelchair to assist the transportation of Mr. Dunn out of the housing unit.

The above stated factual assertions are true and correct to the best of my knowledge and belief.

Executed this 15th day of February, 2021

_Adam Farrar_

Adam Farrar

November 1, 2020

THIS IS MY RECOLECTION OF WHAT TRANSPIRED IN THE EARLY MORNING HOURS OF MAY 4, 2020. BEING WITHIN 20 FEET OF WHERE FRANK DUAN WAS SLEEPING, I WAS AWAKEN BY A loud NOISE OF SOMEONE FALLING OFF OF THE TOP BUNK, AND HITTING THE FLOOR, AND THE lockERS NEARBY. WHEN THE LIGHTS COME ON, FRANK WAS lYING ON THE FLOOR, WITH HIS MATTRESS ON TOP OF HIM. HE WAS UNCONSCIOUS. WHEN THE CORRECTION OFFICERS ARRIVED, EVEN THOUGH FRANK'S EYES WERE OPEN, HE didN'T EVEN KNOW HIS NAME WHEN ASK. NOT KNOWING THE EXTENT OF HIS INJURIES AT THE TIME, AND NO EMERGENCY, QualiFIEd, MEdiCAl STAFF ON dUTy, THE CO's BROKE All NORMAl pROTOCOl IN THIS TyPE SITUATION. No NECK BRACE, SET HIM IN A CHAIR, WAS TRYING TO GET HIM TO TIE HIS SHOES, AND THEN MAdE HIM WAlK OUT, HE WAS VERy UNSTEADy. OTHER INMATES OFFEREd A WHEElCHAIR, AND OR A BOARD FOR TAKING INJUREd PEOPlE OUT, THE CO's REFUSEd THESE OFFERS. MR. HARdWICK, WAS ONE OF THE CO's GIVENING OUT NON-pROFESSIONAl MEdiCAl AdVICE.

MARK CARlisle

Mark Carlisle

34427-001

On the night of Monday May 4 sometime after 10:00pm I was awoken by a thump & the sound of a locker next to me banging. Then I heard Gordon Bowie yelling we needed a Co, that Frank Dunn was hurt. He had fallen off his bunk & hit the floor. I ran and got the Co who was over in WA (oppoite unit). She come over & called some other Co's to help. They stood there for awhile checking on his condition. No Medical personal ever showed up. They finially made him get his shoes out of his locker & put them on. One of the guards was going to get him a wheel chair that was less than 60' away & Co Worick (HARDWICK) said he could walk. He had a hard time getting up & a bad time walking to the Door & we haven't heard anything since until 9/12/20

Mark Hastet    9/13/20

EXHIBIT E

**Regional One Health**
**880 Jefferson Ave, Memphis,TN 38103**
**(901) 545-7100**

# Dunn, Frank

3239̃5 -009

**DOB:** 09/29/1959
**MRN:** 02201557
**Visit Date:** 05/04/2020

# Inpatient Discharge Instructions

## Your Care Team

**Admitting Physician -** Magnotti MD, Louis J
**Attending Physician -** Magnotti MD, Louis J
**Consulting Physician -** Bettin MD, Clayton
                     Weinlein MD, John Charles

## Reason for Your Visit

5 foot fall off of bunk. tx from Forrest City. Right side rib 1-8 and 10 fx, Right clavical fx, T1-4 fx. NO c-collar in place upon arrival

## Your Diagnosis

C6 cervical fracture
Fracture of transverse process of thoracic vertebra
Multiple fractures of ribs of right side
Hemothorax on right
Right clavicle fracture
Fall from bed, initial encounter
Depression
Hyperlipidemia
Hypertension

## Tests Performed

.Estimated Glomerular Filtration Rate
Automated Diff
CBC w/ Diff
CMP
PT
CT Abdomen and Pelvis w/ Contrast
CTA Head and Neck
MRI C-Spine w/o Contrast
MRI Thoracic Spine w/o Contrast
XR Chest 1 view Portable
XR Clavicle Right
XR Shoulder Complete 2+ Views Right

## Discharge Vitals

**Temperature** (Oral)
37.0 °C

**Heart Rate** (Monitored)
59

**Respiratory Rate**
20

**Blood Pressure**
115/71

EXHIBIT F

**Regional One Health**

**32395-009**

**Regional One Health**
877 Jefferson Avenue
Memphis, TN 38103-2897

Patient:            **Dunn, Frank**
MRN:            02201557                                    Admit:    5/4/2020
FIN:            102295194                                    Disch:
DOB/Age/Gender: 9/29/1959  60 years      Male        Admitting:  Magnotti MD,Louis J
Location:        B51 Medicine SD; JB503; A

---

## Emergency Documentation

Document Type:                                            ED Note Physician
Service Date/Time:                                        5/4/2020 07:39 CDT
Result Status:                                            Unauth
Document Subject:                                          Fall *ED
Sign Information:                                          Justice MD,Joshua Michael (5/4/2020 15:02 CDT); Justice MD,
                                                          Joshua Michael (5/4/2020 15:02 CDT)


**Fall *ED**

Patient: Dunn, Frank        MRN: 02201557        FIN: 102295194
Age: 60 years    Sex: Male      DOB: 09/29/59
Associated Diagnoses:  Multiple fractures of ribs of right side; Fracture of transverse process of thoracic vertebra; C7 cervical fracture; Fall from bed, initial encounter; Right clavicle fracture; Hemothorax on right
Author:  Justice MD, Joshua Michael

**Basic Information**
    Time seen: Date & time 05/04/20 07:40:00.
    History source: Patient.
    Arrival mode: Ambulance.
    History limitation: None.
    Additional information: Chief Complaint from Nursing Triage Note : Chief Complaint
        05/04/20 07:45 CDT                      Chief Complaint                      C-7 fx s/p fall off top bunk at correctional
                                                                                    facility. neuro intact. multiple right rib fx
                                              Chief Complaint                      Chief Complaint


**History of Present Illness**
    The patient presents following fall. The onset was 5 hours ago. The occurrence was single episode. The fall was described as fell 5 feet. The location where the incident occurred was Prison. Location: Right back. Right shoulder. The character of symptoms is pain. The degree at present is moderate. The exacerbating factor is movement. The relieving factor is none. Risk factors consist of none. Therapy today: see nurses notes, transferred from another facility and transfer forms reviewed. Preceding symptoms none. Associated symptoms: loss of consciousness unknown, denies chest pain, denies dizziness, denies syncope, denies headache, denies nausea, denies vomiting, denies abdominal pain and denies shortness of breath. 60 yo WM with h/o HTN, HLD, depression presents with c/o right side pain s/p fall approximately 5 feet from top bunk in jail this morning. Patient states he rolled out of bed and fell to the floor. He states he had positive LOC for unknown amount of time. Staff reported prolonged LOC as patient did not wake up until he was in the medical unit. Patient reports pain in his right shoulder, right ribs, and right back. He states pain has been constant, severe at onset but improved with pain medications. Patient was seen at OSH and found to have multiple right sided rib fractures, multiple right sided spinal fractures, and right clavicle fracture. He was transferred to ROH for further trauma evaluation..

**Review of Systems**
        Constitutional symptoms: No fever, no chills.
        Skin symptoms: No rash.
        Eye symptoms: No icterus,
        ENMT symptoms: No sore throat.
        Respiratory symptoms: No shortness of breath, no cough.
        Cardiovascular symptoms: No chest pain,
        Gastrointestinal symptoms: No abdominal pain, no nausea, no vomiting.
        Genitourinary symptoms: No dysuria,
        Musculoskeletal symptoms: Back pain, Joint pain.
        Neurologic symptoms: No headache, no altered level of consciousness, no numbness, no tingling, no weakness.
        Psychiatric symptoms: Negative except as documented in HPI.
        Endocrine symptoms: Negative except as documented in HPI.

---

Report Request ID:  8066853                        Page 1 of 6              Print Date/Time:  5/5/2020 13:06 CDT

FCC FOR

## Regional One Health

Patient Name:      Dunn, Frank
MRN:               02201557                                    Admit:      5/4/2020
FIN:               102295194                                   Disch:
DOB/Age/Gender: 9/29/1959  60 years      Male                  Admitting:  Magnotti MD,Louis J

---

### *Emergency Documentation*

Hematologic/Lymphatic symptoms: Negative except as documented in HPI.
Allergy/Immunologic symptoms: Negative except as documented in HPI.
Additional review of systems information: All other systems reviewed and otherwise negative, All systems reviewed as documented in chart.

**Health Status**
Allergies:
    No allergies have been recorded..
Medications: Per nurse's notes.
Immunizations: Per nurse's notes.

**Past Medical/ Family/ Social History**

Medical history
    Cardiovascular: hypertension, hyperlipidemia.
    Psychiatric: depression.
Surgical history: Negative.
Social history: Alcohol use: Denies, Tobacco use: Denies. Occupation: Unemployed, Family/social situation: incarcerated.

**Physical Examination**

    Vital Signs
Vital Signs
        05/04/20 07:45 CDT              Temperature Oral                    37 Deg C
                                        Heart Rate Monitored                77 bpm
                                        Respiratory Rate                    16 br/min
                                        Systolic Blood Pressure             121
                                        Diastolic Blood Pressure            69

General: Alert, no acute distress.
    Glasgow coma scale: Total score: Total score: 15.
    Neurological: Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, CN II-XII intact, normal sensory
            observed, normal motor observed.
    Skin: Warm, dry.
    Head: Normocephalic, atraumatic.
    Neck: Supple, trachea midline, no tenderness.
    Eye: Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva.
    Ears, nose, mouth and throat: Oral mucosa moist, no pharyngeal erythema or exudate.
    Cardiovascular: Regular rate and rhythm, No murmur, Normal peripheral perfusion, No edema.
    Respiratory: Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal.
    Chest wall: No tenderness. TTP right distal clavicle and anterior shoulder.
    Back: Normal range of motion, TTP right inferior cervical spine and diffuse thoracic spine, right lateral back TTP over the ribs.
    Musculoskeletal: Normal ROM, normal strength.
    Gastrointestinal: Soft, Nontender, Normal bowel sounds.
    Lymphatics: No lymphadenopathy.
    Psychiatric: Cooperative, appropriate mood & affect.

**Medical Decision Making**
    Differential Diagnosis: Fall, contusion, closed fracture, spinal cord injury, head injury.
    Rationale: Patient with fall from bunk bed at jail who was found to multiple spinal fractures and rib fractures at OSH. Transferred to ROH for further
            trauma care. Reviewed patient's outside imaging studies, will consult Orthopedics for spine fractures and clavicle fracture. Will obtain IS for
            respiratory effort exam before determining level of care for admission. Vital signs are stable. Pain medication offered as appropriate for
            patient's level of complaint. Disposition pending ED evaluation and consultant recommendations..
    Documents reviewed: Emergency department nurses' notes. prior records.
    Results review: Lab results : Lab View
        05/04/20 09:40 CDT              Estimated Creatinine Clearance      80.00 mL/min
        05/04/20 08:23 CDT              WBC                                 13.7 x10^3/mcL  HI

---

Report Request ID:  6066853                    Page 2 of 6              Print Date/Time:    5/5/2020 13:06 CDT

## Regional One Health

Patient Name:    Dunn, Frank
MRN:             02201557                               Admit:     5/4/2020
FIN:             102295194                              Disch:
DOB/Age/Gender:  9/29/1959  60 years    Male            Admitting:  Magnotti MD,Louis J

### Emergency Documentation

| | |
|---|---|
| RBC | 4.46 x10^6/mcL  LOW |
| Hgb | 14.2 g/dL |
| Hct | 41.7 % |
| MCV | 93.5 fL |
| MCH | 31.7 pg |
| MCHC | 33.9 g/dL |
| RDW | 13.6 % |
| Platelets | 191 x10^3/mcL |
| MPV | 8.3 fL |
| Neutro Auto | 87.2 % HI |
| Lymph Auto | 4.1 % LOW |
| Mono Auto | 8.3 % HI |
| Eos, Auto | 0.0 % |
| Basophil Auto | 0.4 % |
| Neutro Absolute | 11.8 x10^3/mcL HI |
| Lymph Absolute | 0.6 x10^3/mcL  LOW |
| Mono Absolute | 1.10 x10^3/mcL HI |
| Eos Absolute | 0.0 x10^3/mcL  LOW |
| Baso Absolute | 0.1 x10^3/mcL |
| Prothrombin Time | 14.2 seconds |
| INR | 1.11  LOW |
| Sodium Level | 138 mmol/L |
| Potassium Level | 4.4 mmol/L |
| Chloride Level | 105 mmol/L |
| CO2 | 26 mmol/L |
| Alk Phos | 53 unit/L |
| AST | 39 unit/L |
| ALT | 26 unit/L |
| BUN | 19 mg/dL |
| Glucose Level | 130 mg/dL  HI |
| Creatinine Level | 1.0 mg/dL |
| eGFR AA | 92 mL/min/X.73 m2 |
| eGFR Non-AA | 76 mL/min/X.73 m2  LOW |
| Calcium Level | 8.8 mg/dL |
| Protein Total | 6.0 g/dL  LOW |
| Albumin Level | 3.7 g/dL |
| AGRatio | 2.0 ratio |
| Bilirubin Total | 0.5 mg/dL |
| Anion Gap | 7 mmol/L |
| BUN/Creat Ratio | 20 ratio  NA |

Radiology results:  MRI Spine Cervical w/o Contrast

05/04/20 09:04:12
Impression:

1.. Reported right C7 facet fracture is not well appreciated on the MRI and given lack of soft tissue edema on this examination may have been artifactual. There is no traumatic injury to the major stabilizing ligaments of the cervical spine.

2. Degenerative changes in the cervical spine as detailed above with large central disc osteophyte complex at C4-5 level causing a severe spinal canal stenosis. No evidence of related myelopathy. Multilevel uncovertebral and facet joint hypertrophy causing neural foraminal narrowing which is worst on the left side at C4-5 and C5-C6 levels and on the right side at C6-C7 level.

Preliminary report dictated by Nisha Pande, MD.

I, Alexander W Rich, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding additions if any.

Signed By: Rich MD, Alexander W

05/05/2020  13:45    9015458792                                                                    PAGE  05/23

Regional One Health

Patient Name:    Dunn, Frank
MRN:             02201557                                    Admit:    5/4/2020
FIN:             102295194                                   Disch:
DOB/Age/Gender:  9/29/1959  60 years    Male                 Admitting:   Magnotti MD,Louis J

## Emergency Documentation

***

MRI Spine Thoracic w/o Contrast

05/04/20 09:04:15
Impression:

1. The previously reported right T1-T4 transverse process fractures are not well visualized on this examination. No additional evidence suggestive of acute trauma.
2. Degenerative disc bulging and ligamentum flavum hypertrophy contributing to a mild canal stenosis at T10-T11. In addition, there is also mild left-sided neural foraminal narrowing at this level.
3. Small right-sided pleural effusion.

Report created by Trenton B Willingham, MD under the supervision of Alexander W Rich, MD.

I, Alexander W Rich, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding additions if any.

Signed By: Rich MD, Alexander W

***

XR Clavicle Right

05/04/20 08:50:47
IMPRESSION:
1. Mid to distal clavicular fracture as described above.
2. Widened acromioclavicular joint.

Report created by Trenton B Willingham, MD under the supervision of Alexander W Rich, MD.

I, Alexander W Rich, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding additions if any.

Signed By: Rich MD, Alexander W

***

XR Shoulder Complete 2+ Views Right

05/04/20 08:50:47
IMPRESSION:
1. Mid to distal clavicular fracture as described above.
2. Widened acromioclavicular joint.

Report created by Trenton B Willingham, MD under the supervision of Alexander W Rich, MD.

I, Alexander W Rich, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding additions if any.

Signed By: Rich MD, Alexander W

***

CT Abdomen and Pelvis w/ Contrast

05/04/20 10:17:00
Impression: Please see staff addendum

1. Nondisplaced right seventh rib fracture. Small right-sided effusion/hemothorax is also noted. Lack of chest imaging limits evaluation for additional chest trauma.

---

## Regional One Health

| | | | | |
|---|---|---|---|---|
| Patient Name: | Dunn, Frank | | | |
| MRN: | 02201557 | | Admit: | 5/4/2020 |
| FIN: | 102295194 | | Disch: | |
| DOB/Age/Gender: | 9/29/1959  60 years | Male | Admitting: | Magnotti MD, Louis J |

### *Emergency Documentation*

2. Multiple hypodense liver and renal lesions as described above. No comparison imaging is available to evaluate for stability. These likely reflect hepatic and renal cysts. Follow-up imaging recommended to document stability/further characterize. ...

3. Atherosclerosis.

Staff addendum:
Partial imaging of the chest reveals fractures of right posterior ninth rib (series 3 image 8) and posterior lateral right seventh rib (series 3 image 3). Small right-sided hemothorax is also noted. Correlation with dedicated chest CT is recommended to assess for additional rib fractures and chest.

Report created by Trenton B Willingham, MD under the supervision of Geoffrey Goodin, MD.

I, Geoffrey Goodin, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding additions if any.

Signed By: Goodin MD, Geoffrey Schaeffer

**••••••••••••••••••••••••••••••••••••••••••••**

### CT Angio Brain and Neck

05/04/20 10:17:00
Impression: There is no evidence of acute vascular injury in the head or neck.

This preliminary report was dictated by L. Ian Taylor, MD, Radiology resident, and should not be considered finalized until signed by an attending.

I, Alexander W Rich, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding additions if any.

Signed By: Rich MD, Alexander W.

**Reexamination/ Reevaluation**
Time: 05/04/20 09:48:00 .
Course: progressing as expected.
Notes: Patient pain appropriately controlled with IV analgesia. He is able to pull 2500 on IS with adequate pain control. Given patient's age and number of rib fractures, he is at elevated risk of respiratory failure, pneumonia, and mortality. He will need admission for continued pain control and respiratory monitoring. Spine fractures are being evaluated by Orthopedic Spine team, MR of C/T spine pending at this time. Will complete trauma workup with CTA H/N and CT A/P. Updated patient on results of testing and plan of care, he agrees to admission plan. Vital signs are stable, no acute distress. All questions answered prior to disposition..

**Impression and Plan**
  Diagnosis
    Multiple fractures of ribs of right side (ICD10-CM S22.41XA, Discharge, Medical)
    Fracture of transverse process of thoracic vertebra (ICD10-CM S22.009A, Discharge, Medical)
    C7 cervical fracture (ICD10-CM S12.800A, Discharge, Medical)
    Fall from bed, initial encounter (ICD10-CM W06.XXXA, Discharge, Medical)
    Right clavicle fracture (ICD10-CM S42.001A, Discharge, Medical)
    Hemothorax on right (ICD10-CM J94.2, Discharge, Medical)

  Calls-Consults
  - 05/04/20 08:01:00 , Villarreal MD, Eric David, Orthopedics, phone call, consult, SBAR given, will see patient as consult for clavicle and spine fractures, recommends MRI of C/T spine.
    - 05/04/20 09:45:00 , Knaus MD, Maria Elizabeth, Trauma Surgery, phone call, consult, SBAR given, agrees to see patient for admission.
  Plan
  Condition: Guarded.
    Disposition: Admit to Inpatient Unit.
    Counseled: Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.

---

**Regional One Health**

Patient Name:     Dunn, Frank
MRN:              02201557                              Admit:      5/4/2020
FIN:              102295194                             Disch:
DOB/Age/Gender: 9/29/1959   60 years      Male         Admitting:  Magnotti MD, Louis J

| *Emergency Documentation* |
|---|

Electronically Signed on 05/04/2020 03:02

Justice MD, Joshua Michael

Electronically Signed on 05/04/2020 03:02

Justice MD, Joshua Michael

Bridges MD, Amy L

---

EXHIBIT G

05/05/2020  13:45    9015458792                                                    PAGE  14/23

**Regional One** Health

*32395-009*

Patient:         Dunn, Frank
MRN:            02201557
FIN:             102295194
DOB/Age/Gender: 9/29/1959  60 years    Male
Location: ·       B51 Medicine SD; JB503; A

Regional One Health
877 Jefferson Avenue
Memphis,, TN 38103-2897

Admit:       5/4/2020
Disch:
Admitting:   Magnotti MD, Louis J

---

## Progress Notes

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

Trauma Progress Note
5/5/2020 07:00 CDT
Auth (Verified)
Trauma Progress Note
Magnotti MD, Louis J (5/5/2020 10:48 CDT)

**Basic Information**
Attending Physician: Louis J Magnotti MD
Inpatient Code Status: Full Code    Order Date:05/04/20
Hospital Admission Date/Time: 05/04/20 13:27  Day #: 0 Unit: B51
Medicine SD Day #: 0

**Method of Injury**
Fall

**Injuries**
R 1-8, 10 rib fxs.
Minimal R HTX.
R C6 inferior facet fx.
R clavicle fx.
R T1-T4 TP fxs

**Interval History**
Admit from CCA. IS 2500. Home medicines restarted. PT/OT evals,
then post ambulation films.

**Objective**

Exam
Neuro: awake, follows commands
HEENT: normocephalic, atraumatic, Aspen
CV: hemodynamically stable, regular rate and rhythm
Respiratory: Non-labored breathing, chest rise symmetrical
GI: Abdomen soft, non-distended
GU: Voids
Ext: Moves all extremities, skin warm/dry

**Vitals & Measurements**

| Vital Signs (Last 24 Hours) | Last | Minimum | Maximum |
|---|---|---|---|
| Temp Oral (C): | 37 | 37 | 37 |
| Blood Pressure: | 115/67 | 110/72 | 121/69 |
| Apical HR: | 51 ! | 51 ! | 51 ! |
| Monitored HR: | 46 ! | 46 ! | 77 |
| Respiratory Rate: | 10 ! | 10 ! | 16 |

Oxygenation Status
Oxygen Therapy: Room air
SpO2: 96 %

**Weight Measurements**

| Current Weight | Admission Weight | Delta |
|---|---|---|
| 78.000 kg (05/04/20 07:45 ) | 78 kg (05/04/20 07:45 ) | 0 |

**Diagnoses**
C7 cervical fracture, 05/04/2020
Fall from bed, initial encounter, 05/04/2020
Fracture of transverse process of thoracic vertebra. 05/04/2020
Hemothorax on right, 05/04/2020
Multiple fractures of ribs of right side, 05/04/2020
Right clavicle fracture, 05/04/2020

**Assessment/Plan**
Neuro:
Assessment:

—
—
—
Plan:
Awake, follows commands

Cardiovascular:
Assessment:
Hypertension

—
—
Plan:
Restarted on home meds

Respiratory:
Assessment:
Rib Fractures
Respiratory insufficiency

—
Plan:
On room air - CXR (by my read) clear
Pain control - APS following
Resp/pulm toilet
OOB

G.I.
Assessment:

—
—
—
Plan:
Tolerating PO

---

FCC FOR

## Regional One Health

Patient Name:     Dunn, Frank
MRN:              02201557                              Admit:      5/4/2020
FIN:              102295194                             Disch:
DOB/Age/Gender:   9/29/1959   60 years     Male         Admitting:  Magnotti MD,Louis J

## Progress Notes

Renal:
Assessment:

| Intake & Output | (3 Day Summary) | | | |
|---|---|---|---|---|
| Beg Date: | 05/01 08:00 | 05/02 08:00 | 05/03 08:00 | 05/01 06:00 |
| End Date: | 05/02 05:59 | 05/03 05:59 | 05/04 05:59 | 05/04 05:59 |
| IO Balance: | 0 mL | 0 mL | 0 mL | 0 mL |

—
—
—
Plan:

Endocrine:
Assessment

Lines, Tubes and Drains

—
—
Plan)

Lines:
Peripheral IV(s)

Heme/ID
Assessment

Peripheral Antecubital Left  Day #:1
18 gauge
Peripheral Hand Right 20   Day #:1
gauge

—
Plan:
Afebrile
On no ABx

Glasgow Coma Score: 15 (05/04/20 17:32:00)
ED Document Glasgow Coma Scale: Document Glasgow Coma Scale
(05/04/20 07:45:00)

Activity

MSK
Assessment:
Right clavicle fx
Spine fractures
Plan:
Mobilize in Aspen with PT
Will need post-mobilization films - ortho following

Skin
Assessment:

—
Plan:

Disposition
Assessment:

—
Plan:

Prophylaxis
VTE Prophylaxis:
Lovenox 30 mg = 0.3 mL, SubQ, BID

Medications
Scheduled/Unscheduled: (7)
acetaminophen 325 mg Tab  (acetaminophen) = 975 mg 3 tab, Oral, q8h
atorvastatin 20 mg Tab (atorvastatin) = 40 mg 2 tab, Oral, QHS, Emergency Department
citalopram 20 mg Tab  (CeleXA) = 20 mg 1 tab, Oral, Daily

**Regional One Health**

| | |
|---|---|
| Patient Name: | Dunn, Frank |
| MRN: | 02201557 |
| FIN: | 102295194 |
| DOB/Age/Gender: | 9/29/1959  60 years    Male |

Admit:   5/4/2020
Disch:
Admitting:   Magnotti MD,Louis J

---

## Progress Notes

cyclobenzaprine 10 mg Tab  (cyclobenzaprine) = 10 mg 1 tab, Oral, TID

gabapentin 100 mg Cap  (gabapentin) = 100 mg 1 cap, Oral, TID

lisinopril 10 mg Tab  (lisinopril) = 10 mg 1 tab, Oral, Daily, Emergency Department

mupirocin 2% Topical Oint 22 g  (mupirocin 2% topical ointment) = 1 app, Nostril-Both, BID, Long term Care

**PRN: (4)**

Morphine 4 mg/1 ml pf inj syringe  = 4 mg 1 mL, IV Push, q4h, *Look-Alike/Sound-Alike*, pain, unrelieved

Ondansetron 4 mg tab  = 4 mg 1 tab, Oral, q6h, nausea/vomiting

Oxycodone 10 mg tab  = 10 mg 1 tab, Oral, q6h, pain, severe (pain score 8-10)/CPOT 6-8

Oxycodone 5 mg tab  = 5 mg 1 tab, Oral, q4h, pain, moderate (pain score 4-7)/CPOT 4-5

### Fluid/Enteral/Nutrition

**Diets**

Low Cholesterol/Low Fat - 05/04/20 17:09:00 CDT, Medium (1,700-2,000 cal) 75g CHO

### Lab Results

Labs (Last 3 Charted Values/Last 3 Days):

**WBC/H&H/Platelet Trend**

| | | |
|---|---|---|
| WBC: | 13.7 H | (05/04 08:23) |
| Hgb: | 14.2 | (05/04 08:23) |
| Hct: | 41.7 | (05/04 08:23) |
| Platelets: | 191 | (05/04 08:23) |

**Coagulation Trend**

| | | |
|---|---|---|
| PT: | 14.2 | (05/04 08:23) |
| INR: | 1.11 L | (05/04 08:23) |

**Chemistry- Routine Trend**

| | | |
|---|---|---|
| Sodium Level: | 138 | (05/04 08:23) |
| Potassium Level: | 4.4 | (05/04 08:23) |
| Chloride: | 105 | (05/04 08:23) |
| CO2: | 26 | (05/04 08:23) |
| BUN: | 19 | (05/04 08:23) |

---

## Regional One Health

| | | | | |
|---|---|---|---|---|
| Patient Name: | Dunn, Frank | | | |
| MRN: | 02201557 | | Admit: | 5/4/2020 |
| FIN: | 102295194 | | Disch: | |
| DOB/Age/Gender: | 9/29/1959  60 years | Male | Admitting: | Magnotti MD, Louis J |

### *Progress Notes*

Creatinine:       1.0      (05/04 08:23)
Glucose Level:   130 H   (05/04 08:23)
Calcium:          8.8      (05/04 08:23)

**Liver Function Trend**

Albumin Level:    3.7      (05/04 08:23)
Total Protein:    6.0 L   (05/04 08:23)
Alk Phos:         53       (05/04 08:23)
AST:              39       (05/04 08:23)
ALT:              26       (05/04 08:23)
Bili Total:       0.5      (05/04 08:23)

<u>Diagnostic Results</u>

<u>Radiology</u>
 **Radiology Reports**
CT Abdomen and Pelvis w/ Contrast - 05/04/20 10:17
Findings: Examination limited by motion artifact. Lack of imaging of the chest also limits evaluation. There is bibasilar subsegmental atelectasis. Small right-sided pleural effusion is noted. There are multiple hypodense scattered liver lesions the largest of which measures 1.5 cm within the inferior most aspect of segment 6. The spleen demonstrates scattered calcifications consistent with prior granulomatous disease. The adrenals and pancreas are unremarkable. The gallbladder and bile ducts are unremarkable. Though multiple small hypodense renal lesions the largest of which extends from the right inferior pole and measures 4.0 cm in greatest dimension. A portion of the ascending colon resides anterior to the right hepatic lobe. The bladder is well-distended without focal wall abnormality. There is no evidence of contrast leak. There is no free fluid within the pelvis. Prostatic calcifications are noted. There is scattered atherosclerosis of the abdominal aorta and its major branches. There is a nondisplaced rib fracture of the right seventh rib. Focal sclerotic lesion along the anterior margin of the L5 vertebrae likely reflecting a bone island. Impression: Please see staff addendum 1. Nondisplaced right seventh rib fracture. Small right-sided effusion/hemothorax is also noted. Lack of chest imaging limits evaluation for additional chest trauma. 2. Multiple hypodense liver and renal lesions as described above. No comparison imaging is available to evaluate for stability. These likely reflect hepatic and renal cysts. Follow-up imaging recommended to document stability/further characterize. 3. Atherosclerosis. Staff addendum: Partial imaging of the chest reveals fractures of right

05/05/2020  13:45    9015458792                                                          PAGE  1 8/23

## Regional One Health

| | | | | |
|---|---|---|---|---|
| Patient Name: | Dunn, Frank | | | |
| MRN: | 02201557 | | Admit: | 5/4/2020 |
| FIN: | 102295194 | | Disch: | |
| DOB/Age/Gender: | 9/29/1959  60 years | Male | Admitting: | Magnotti MD,Louis J |

---

### Progress Notes

posterior ninth rib (series 3 image 8) and posterior lateral right seventh rib (series 3 image 3). Small right-sided hemothorax is also noted. Correlation with dedicated chest CT is recommended to assess for additional rib fractures and chest. Report created by Trenton B Willingham, MD under the supervision of Geoffrey Goodin, MD. I, Geoffrey Goodin, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding additions if any.

CT Angio Brain and Neck - 05/04/20 10:17
Findings: CTA Neck: Three vessels arise from the aorta in a conventional fashion. The bilateral carotid, and vertebral arteries are patent. There is no aneurysm, dissection, or other evidence of acute vascular injury. There are calcified plaques in the bilateral carotid bulbs. CTA Head: The bilateral intracranial carotid, basilar, and cerebral arteries are patent. There is no evidence of acute vascular injury. Impression: There is no evidence of acute vascular injury in the head or neck. This preliminary report was dictated by L. Ian Taylor, MD, Radiology resident, and should not be considered finalized until signed by an attending. I, Alexander W Rich, MD have personally reviewed the Images and agree with the resident/fellow dictated report with the preceding additions if any.

MRI Spine Thoracic w/o Contrast - 05/04/20 09:04
Findings: Trauma: The previously described right T1-T4 transverse process fractures are not well visualized on this examination. The anterior longitudinal ligament, posterior longitudinal matter, and ligamentum flavum appear intact. No epidural hematoma or evidence of cord compression. Alignment: Normal. Spinal Cord: The visualized cord is normal in caliber and signal. Conus: The conus terminates at approximately T12-L1. Marrow Signal: Round well-circumscribed T1 and T2 hypointense osseous lesions are noted within the T9 and T10 and T11 vertebral bodies. Vertebral Body Heights: Schmorl's node noted at the superior endplate of T8 Remaining vertebral body heights are normal. Spinal Stenosis: Mild canal stenosis at T10-T11. Disc Bulge or Herniation: Mild broad-based disc bulge at T10-T11 as well as scattered disc protrusions with largest seen at the T8-T9 level. Neuroforaminal Narrowing: Mild left-sided neural foraminal narrowing at T10-T11, otherwise normal. Paraspinal Soft Tissues: Unremarkable. Other Soft Tissues: Small right-sided pleural effusion. Several cysts are seen in the imaged portion of the liver, spleen and left kidney. Impression: 1. The previously reported right T1-T4 transverse process fractures are not well visualized on this examination. No additional evidence suggestive of acute trauma. 2. Degenerative disc bulging and ligamentum flavum hypertrophy contributing to a mild canal stenosis at T10-T11. In addition, there is also mild left-sided neural foraminal narrowing at this level. 3. Small right-sided pleural effusion. Report created by Trenton B Willingham, MD under the supervision of Alexander W Rich, MD. I, Alexander W Rich, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding

---

05/05/2020  13:45  9015459792                                          PAGE  19/23

Regional One Health

| Patient Name: | Dunn, Frank | | | | |
|---|---|---|---|---|---|
| MRN: | 02201557 | | | Admit: | 5/4/2020 |
| FIN: | 102295194 | | | Disch: | |
| DOB/Age/Gender: | 9/29/1959  60 years | | Male | Admitting: | Magnotti MD,Louis J |

## Progress Notes

additions if any.

MRI Spine Cervical w/o Contrast - 05/04/20 09:04
Findings: Trauma: The reported fracture of the right C7 facet is not
well appreciated on the MRI. Alignment: Mild retrolisthesis of C4 on
C5, otherwise normal. Spinal Cord: The visualized cord is normal in
caliber and signal. Bilateral perineural cysts are present from C7 to
T2 level. Marrow Signal: Normal. Vertebral Body Heights: Normal.
Paraspinal Soft Tissues: Unremarkable. Neck Soft Tissues:
Unremarkable. C1-C2: Unremarkable. C2-C3: Unremarkable.
C3-C4: Broad-based disc bulge without canal stenosis.
Uncovertebral joint hypertrophy is causing mild left neural foraminal
narrowing. C4-C5: Large central disc osteophyte complex is
causing severe spinal canal stenosis with mass effect on the
underlying cord surface but no evidence of intramedullary edema.
Uncovertebral and facet joint hypertrophy causing severe left and
moderate right neural foraminal narrowing. C5-C6: Disc osteophyte
complexes causing mild spinal canal stenosis. Uncovertebral joint
hypertrophy is resulting in severe left and mild right neural foraminal
narrowing. C6-C7: Diffuse bulge of the disc causing mild spinal
canal stenosis. Uncovertebral and facet joint hypertrophy causing
severe right neural foraminal narrowing. C7-T1: Small central disc
protrusion without canal stenosis or significant neural foraminal
narrowing. Impression: 1.. Reported right C7 facet fracture is not
well appreciated on the MRI and given lack of soft tissue edema on
this examination may have been artifactual. There is no traumatic
injury to the major stabilizing ligaments of the cervical spine. 2.
Degenerative changes in the cervical spine as detailed above with
large central disc osteophyte complex at C4-5 level causing a
severe spinal canal stenosis. No evidence of related myelopathy.
Multilevel uncovertebral and facet joint hypertrophy causing neural
foraminal narrowing which is worst on the left side at C4-5 and
C5-C6 levels and on the right side at C6-C7 level. Preliminary
report dictated by Nisha Pande, MD. I, Alexander W Rich, MD have
personally reviewed the images and agree with the resident/fellow
dictated report with the preceding additions if any.

XR Shoulder Complete 2+ Views Right - 05/04/20 08:50
IMPRESSION: 1. Mid to distal clavicular fracture as described
above. 2. Widened acromioclavicular joint. Report created by
Trenton B Willingham, MD under the supervision of Alexander W
Rich, MD. I, Alexander W Rich, MD have personally reviewed the
images and agree with the resident/fellow dictated report with the
preceding additions if any.

XR Clavicle Right - 05/04/20 08:50
IMPRESSION: 1. Mid to distal clavicular fracture as described
above. 2. Widened acromioclavicular joint. Report created by
Trenton B Willingham, MD under the supervision of Alexander W
Rich, MD. I, Alexander W Rich, MD have personally reviewed the
images and agree with the resident/fellow dictated report with the
preceding additions if any.

Report Request ID:  6066922              Page 6 of 7         Print Date/Time:    5/5/2020 13:08 CDT

**Regional One Health**

Patient Name:   Dunn, Frank
MRN:            02201557                          Admit:      5/4/2020
FIN:            102295194                         Disch:
DOB/Age/Gender: 9/29/1959  60 years    Male       Admitting:  Magnotti MD,Louis J

## Progress Notes

### Attestation

Patient seen, examined and discussed with nurse practitioner - agree with plan of action as outlined above

Buckley Clayton NP, Sherry Ann

Electronically Signed on 05/05/20 10:48 AM

Magnotti MD, Louis J

EXHIBIT H

| Inmate Name: | DUNN, FRANK CHRISTIA | | | | Reg #: | 32395-009 |
| --- | --- | --- | --- | --- | --- | --- |
| Date of Birth: | 09/29/1959 | Sex: | M   Race: WHITE | | Facility: | FOR |
| Encounter Date: | 05/06/2020 14:48 | Provider: | Kapur, Hari MD | | Unit: | Z02 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
| --- | --- | --- | --- | --- | --- | --- |
| 05/06/2020 | 14:55 FOX | 150/81 | | | | Kapur, Hari MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
| --- | --- | --- | --- | --- |
| 05/06/2020 | 14:55 FOX | 98 | Room Air | Kapur, Hari MD |

**Exam:**

**General**

    **Appearance**

        Yes: Alert and Oriented x 3

        No: Jaundiced, Lethargic, Dyspneic, Pallor, Cyanotic, Diaphoretic, Acutely Ill

**Pulmonary**

    **Auscultation**

        Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally

        No: Crackles, Rhonchi, Pleural Rub

**Cardiovascular**

    **Auscultation**

        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

        No: M/R/G

  **Exam Comments**

    CERVICAL COLLAR, ARM SLING SUPPORT RT IN PLACE

    GAIT NORMAL

**ASSESSMENT:**

Fracture  multiple ribs, S2249XS - Current

Fracture of  clavicle, S42009S - Current

Neck Fracture, S129XXS - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
| --- | --- | --- |
| | oxyCODONE/Acetaminophen  5MG/325 MG Tablets | 05/06/2020 14:48 |

    **Prescriber Order:**    2 TAB  Orally  -   Two Times a Day x 3 day(s) Pill Line Only

    **Indication:** Neck Fracture, Fracture  multiple ribs, Fracture of  clavicle

| | Ibuprofen Tablet | 05/06/2020 14:48 |
| --- | --- | --- |

    **Prescriber Order:**    800 MG Orally  -   Two Times a Day PRN x 10 day(s)

    **Indication:** Neck Fracture, Fracture  multiple ribs, Fracture of  clavicle

| | Acetaminophen 325 MG Tablet | 05/06/2020 14:48 |
| --- | --- | --- |

    **Prescriber Order:**    2 TAB Orally  every 8 hours PRN x 14 day(s)

    **Indication:** Neck Fracture, Fracture  multiple ribs, Fracture of  clavicle

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
| --- | --- | --- | --- | --- | --- |
| Orthopedic Surgery | 05/20/2020 | 05/20/2020 | Urgent | No | |
|   **Subtype:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: DUNN, FRANK CHRISTIA | | | | Reg #: 32395-009 | |
| Date of Birth: 09/29/1959 | | Sex: M  Race: WHITE | | Facility: FOR | |
| Encounter Date: 05/06/2020 14:48 | | Provider: Kapur, Hari MD | | Unit: Z02 | |

Evaluation, Orthopedic Surgery

**Reason for Request:**

INMATE DISCHARGED FROM HOSPITAL
H/O FALL FROM BED, MULTIPLE RIB FRACTURES, RT HEMOTHORAX, RT CLAVICLE FRACTURE, STABLE C6 CERVICAL FRACTURE, FRACTURE OF TRANSVERSE PROCESS OF THORACIC VERTEBRA
F/U WITH ORTHO PLANNED IN 2 WKS

**Provisional Diagnosis:**

FALL FROM BED, MULTIPLE FRACTURES

General Surgery                    05/20/2020    05/20/2020              Urgent          No

**Subtype:**

Gen Surg Eval, On-site

**Reason for Request:**

INMATE DISCHARGED FROM HOSPITAL
FALL FROM BED, MULTIPLE RT RIB FRACTURES,RT HEMOTHORAX, RT CLAVILCE FRACTURE
F/U WITH GENERAL SURGERY PLANNED IN 2 WKS

**Provisional Diagnosis:**

FALL FROM BED, MULTIPLE FRACTURES, RT HEMOTHORAX

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| COVID-19 RNA | One Time | | | Kapur, Hari MD |
| | Order Date: | 05/06/2020 | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/06/2020 | Counseling | Access to Care | Kapur, Hari | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Kapur, Hari MD on 05/06/2020 15:14

EXHIBIT I

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DUNN, FRANK CHRISTIA | | | Reg #: | 32395-009 |
| Date of Birth: | 09/29/1959 | Sex: | M · Race:WHITE | Facility: | FOR |
| Note Date: | 05/22/2020 12:21 | Provider: | Wingo, Michelle PA-C | Unit: | Z02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**          **Provider:** Wingo, Michelle PA-C
> med refill

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 461332-FOX | Ibuprofen 800 MG Tab | 05/22/2020 12:21 |

> **Prescriber Order:** Take one tablet (800 MG) by mouth twice daily with food as needed for pain PRN x 14 day(s) – purchase from commissary when gone
>
> **Indication:** Neck Fracture, Fracture  multiple ribs, Fracture of  clavicle

| | | |
|---|---|---|
| 461331-FOX | Acetaminophen 325 MG Tab | 05/22/2020 12:21 |

> **Prescriber Order:** Take two tablets (650 MG) by mouth every eight hours AS NEEDED PRN x 14 day(s) -- purchase from commissary when gone
>
> **Indication:** Neck Fracture, Fracture  multiple ribs, Fracture of  clavicle

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Wingo, Michelle PA-C on 05/22/2020 12:23

EXHIBIT J

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DUNN, FRANK CHRISTIA | | | Reg #: | 32395-009 |
| Date of Birth: | 09/29/1959 | Sex: M | Race: WHITE | Facility: | FOR |
| Note Date: | 07/21/2020 11:21 | Provider: | Obi-Okoye, Nwannem | Unit: | H08 |

Review Note - Consultation Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:  Obi-Okoye, Nwannem MD
XRAY ORDERS
Will order the following xrays to assess healing:
1.Right clavicle xray.
2.Cervical spine xray.
3.Thoracic Spine xray.
4.Right rib series- prior fractures of right ribs 1-8 and 10.

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 452746-FOX | Atorvastatin 40 MG TAB | 07/21/2020 11:21 |

**Prescriber Order:**     Take one tablet (40 MG) by mouth each day x 180 day(s)

Indication:   Hyperlipidemia, unspecified

| | | |
|---|---|---|
| 456532-FOX | Citalopram 20 MG Tab | 07/21/2020 11:21 |

**Prescriber Order:**     Take one tablet (20 MG) by mouth each day *consent form on file * ***self carry*** x 180 day(s)

Indication:   Major depressive disorder, recurrent

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Clavicle-General [Right] | One Time | | 07/27/2020 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
| History of recent right clavicle fracture in 05/2020. | | | | |
| General Radiology-Spine / Cervical-4 View AP/Lat/Flex/Ext | One Time | | 07/27/2020 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
| History of cervical spine fracture in 05/2020. | | | | |
| General Radiology-Spine / Thoracic-General | One Time | | 07/27/2020 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
| History of fractures of T1-T4 spines in 05/2020. | | | | |
| General Radiology-Ribs-General | One Time | | 07/27/2020 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
| History of fractures of right ribs 1-8 and 10 in 05/2020. | | | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Obi-Okoye, Nwannem MD on 07/21/2020 11:26

Case 4:23-cv-00428-KGB    Document 1    Filed 05/08/23    Page 58 of 120

EXHIBIT K

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: DUNN, FRANK CHRISTIA | | Reg #: | 32395-009 |
| Date of Birth: 09/29/1959 | Sex: M   Race: WHITE | Facility: | FOR |
| Encounter Date: 09/16/2020 08:45 | Provider: Stiles, Rosemary NP | Unit: | W07 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Stiles, Rosemary NP

Chief Complaint:  ORTHOPEDIC/RHEUMATOLOGY

Subjective:   c/o pain right palm, arm and shoulder , fingers right hand falls asleep x 2 weeks, started September 2020, May 4th, 2020 fell from top of bunk DX C6 CERVICAL FRACTURE, FRACTURE TRANSVERSE PROCESS THORACIC VERTEBRA, H/O FALL FROM BED, MULTIPLE RIB FRACTURES RT SIDE, HEMOTHORAX RT SIDE, RT CLAVICLE FRACTURE

Pain:        Yes

**Pain Assessment**

Date:                          09/16/2020 14:34

Location:                  Multiple Locations

Quality of Pain:        Aching

Pain Scale:              6

Intervention:           see notes

Trauma Date/Year:

Injury:

Mechanism:

Onset:                      2-6 Months

Duration:                  2-6 Months

Exacerbating Factors:   none

Relieving Factors:      none

Reason Not Done:

Comments:

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/16/2020 | 08:45 FOX | 98.2 | 36.8 | | Stiles, Rosemary NP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/16/2020 | 08:45 FOX | 58 | | | Stiles, Rosemary NP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/16/2020 | 08:45 FOX | 18 | Stiles, Rosemary NP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/16/2020 | 08:45 FOX | 136/72 | | | | Stiles, Rosemary NP |

**SaO2:**

| Inmate Name: | DUNN, FRANK CHRISTIA | | | Reg #: | 32395-009 |
|---|---|---|---|---|---|
| Date of Birth: | 09/29/1959 | Sex: M | Race: WHITE | Facility: | FOR |
| Encounter Date: | 09/16/2020 08:45 | Provider: | Stiles, Rosemary NP | Unit: | W07 |

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/16/2020 | 08:45 FOX | 99 | | Stiles, Rosemary NP |

## Exam:

### General

#### Affect

Yes: Pleasant, Cooperative

#### Appearance

Yes: Appears Well, Alert and Oriented x 3

### Pulmonary

#### Observation/Inspection

Yes: Within Normal Limits

#### Auscultation

Yes: Clear to Auscultation

### Cardiovascular

#### Observation

Yes: Within Normal Limits, Normal Rate, Regular Rhythm

#### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

### Exam Comments

deformity noted right clavicle, tenderness right forearm, normal ROM, neurovascular intact

## ASSESSMENT:

Neck Fracture, S129XXS - Current

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | predniSONE Tablet | 09/16/2020 08:45 |

Prescriber Order:    Orally(1) 60mg -  daily x 3 day(s) *** (2) 30mg -  daily x 3 day(s) *** (3) 15mg -  daily x 3 day(s) *** (4) 5mg -  daily x 3 day(s)

Indication:   Neck Fracture

## Disposition:

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

## Other:

will try steroids, repeat CT c-spine no improvement

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/16/2020 | Counseling | Plan of Care | Stiles, Rosemary | Verbalizes Understanding |

| | | | |
|---|---|---|---|
| Inmate Name: DUNN, FRANK CHRISTIA | | Reg #: | 32395-009 |
| Date of Birth: 09/29/1959 | Sex: M Race: WHITE | Facility: | FOR |
| Encounter Date: 09/16/2020 08:45 | Provider: Stiles, Rosemary NP | Unit: | W07 |

**Copay Required:** Yes        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Stiles, Rosemary NP on 09/16/2020 14:54

EXHIBIT L

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DUNN, FRANK CHRISTIA | | Reg #: | 32395-009 |
| Date of Birth: | 09/29/1959 | Sex:    M    Race:WHITE | Facility: | FOR |
| Note Date: | 02/23/2021 12:33 | Provider:    Ward, Kevin RN | Unit: | W08 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1        Provider:   Ward, Kevin RN

2-23-21 General surgeon eval, General surgeon request ortho consult. See scanned consult for MD request.


**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Ward, Kevin RN on 02/23/2021 12:34

Requested to be cosigned by Stiles, Rosemary NP.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons

## Health Services

## Consultation Request

| | |
|---|---|
| Inmate Name: DUNN, FRANK CHRISTIA | Reg #: 32395-009    Complex: FOX |
| Date of Birth:    09/29/1959 | Sex:    M |

**Report of Consultation:** General Surgery    **Subtype:** Gen Surg Eval, On-site

**Inmate Name:** DUNN, FRANK CHRISTIA    Reg #:    32395-009

**Date of Birth:** 09/29/1959    Sex:    M

**Institution:**    FORREST CITY FCI
1400 DALE BUMPERS ROAD
FORREST CITY, Arkansas 72335
8704944200

**Assessment:** 61 year old male He feel & Fx ℞ Clavical & Fx 10 Ribs with Hemothorax

PMH Hypertesion ℞ shoulder surgery Kidney stones

Medications see chart allergy NNE

pl e alert consuois orunted

HEENT, WNC chest clean - Fx ℞ clavicle·

**Plan:** orthopedic consult

**Signature** Helein Stanley

**Date**

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

EXHIBIT M

**🅣 Regional One Health**

**Orthopedica ROH**
860 Madison Ave
Memphis, TN 38103-

| | | | |
|---|---|---|---|
| Patient: | Dunn, Frank  32395-009 | | |
| MRN: | 02201667 | Admit: | 4/15/2021 |
| FIN: | 102640063 | Disch: | 4/15/2021 |
| DOB/Age/Gender: | 9/29/1959  61 years  Male | Admitting: | |
| Location: | OPC Ortho; Exam Room 44 | | |

---

### Diagnostic Radiology

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| XR-21-0036989 | 4/15/2021 09:36 CDT | XR Clavicle Right | Villarreal MD, Eric David | 61 years |

**Reason for Exam**
(XR Clavicle Right) fx;Fracture

**Report**
EXAMINATION: XR Shoulder Complete 2+ Views Right, XR Clavicle Right

DATE: 4/15/2021.

CLINICAL: Fracture follow-up.

COMPARISON: Radiographs of the right shoulder on 5/4/2020.

FINDINGS: Multiple radiographs of the right clavicle and right shoulder were provided for analysis.

Right clavicle, 2 views: Redemonstration of oblique, displaced fracture of the lateral third of the clavicle. There is approximately 1.2 cm inferior displacement of the fracture fragment, intervally increased from prior exam. The acromioclavicular joint is widened up to approximately 1.8 cm. No new fracture visualized. The partial view of the chest is normal appearing.

Right shoulder, 3 views: Distal clavicular fracture as described above. No new fracture or dislocation. The glenohumeral joint appears intact. There is no apparent fracture of the humerus. Widening of the right AC joint as described above. No focal soft tissue edema. No radiopaque foreign body.

IMPRESSION:
1. Interval increase in anterior displacement of the clavicular fragment. Unchanged appearance of AC joint widening.
2. No new fracture or dislocation visualized.

This is a preliminary radiology report dictated by Trent Scott, M.D.

I, Nancy C Davis Ellis, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding additions if any.

***** Final *****

Dictated by:  Davis Ellis MD, Nancy
Dictated DT/TM: 04/15/2021 10:46 am
Signed by:  Davis Ellis MD, Nancy
Signed (Electronic Signature):  04/15/2021 10:46 am

---

**Orthopedics ROH**

Patient Name:     Dunn, Frank
MRN:              02201557                                    Admit:      4/15/2021
FIN:              102640063·                                  Disch:      4/15/2021
DOB/Age/Gender:   9/29/1959   61 years      Male             Admitting:

## *Diagnostic Radiology*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| XR-21-0038979 | 4/15/2021 09:38 CDT | XR Spine Thoracic 2 Views | Villarreal MD,Eric David | 61 years |

**Reason for Exam**
(XR Spine Thoracic 2 Views) fx;Fracture

**Report**
EXAMINATION: XR Spine Cervical 2 or 3 Views, XR Spine Thoracic 2 Views

DATE: 4/13/2021.

CLINICAL: Fracture follow-up.

COMPARISON: Radiographs of the cervical spine on 5/6/2020. MRI of the thoracic spine on 5/4/2020.

FINDINGS: Multiple radiographs of the cervical spine and thoracic spine were provided for analysis.

Cervical spine, 3 views: Normal alignment. Degenerative changes of the spine are manifested as disc space narrowing at the C4-C7 levels. There is also mild vertebral height loss at C5-C7. Previously visualized C7 facet fractures not well visualized on this exam. There is no prevertebral soft tissue edema. There is no visualized acute fracture or dislocation.

Thoracic spine, 2 views: There is mild right convex thoracolumbar curvature of the spine. There is no visualized acute fracture or dislocation. There is mild degenerative change of the spine, manifested as vertebral height loss most prominent in T6-T8. There is no radiopaque foreign body.

IMPRESSION: As above.

This is a preliminary radiology report dictated by Trent Scott, M.D.

I, Nancy C Davis Ellis, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding additions if any.
***** Final *****

Dictated by:   Davis Ellis MD, Nancy
Dictated DT/TM: 04/15/2021 11:55 am
Signed by:  Davis Ellis MD, Nancy
Signed (Electronic Signature): 04/15/2021 11:55 am

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| XR-21-0038980 | 4/15/2021 09:38 CDT | XR Spine Cervical 2 or 3 Views | Villarreal MD,Eric David | 61 years |

**Reason for Exam**
(XR Spine Cervical 2 or 3 Views) fx;Fracture

## Orthopedics ROH

| | | | |
|---|---|---|---|
| Patient Name: | Dunn, Frank | | |
| MRN: | 02201557 | Admit: | 4/15/2021 |
| FIN: | 102640063 | Disch: | 4/15/2021 |
| DOB/Age/Gender: | 9/29/1959  61 years    Male | Admitting: | |

### *Diagnostic Radiology*

**Report**

EXAMINATION: XR Spine Cervical 2 or 3 Views, XR Spine Thoracic 2 Views

DATE: 4/13/2021.

CLINICAL: Fracture follow-up.

COMPARISON: Radiographs of the cervical spine on 5/6/2020. MRI of the thoracic spine on 5/4/2020.

FINDINGS: Multiple radiographs of the cervical spine and thoracic spine were provided for analysis.

Cervical spine, 3 views: Normal alignment. Degenerative changes of the spine are manifested as disc space narrowing at the C4-C7 levels. There is also mild vertebral height loss at C5-C7. Previously visualized C7 facet fractures not well visualized on this exam. There is no prevertebral soft tissue edema. There is no visualized acute fracture or dislocation.

Thoracic spine, 2 views: There is mild right convex thoracolumbar curvature of the spine. There is no visualized acute fracture or dislocation. There is mild degenerative change of the spine, manifested as vertebral height loss most prominent in T6-T8. There is no radiopaque foreign body.

IMPRESSION: As above.

This is a preliminary radiology report dictated by Trent Scott, M.D.

I, Nancy C Davis Ellis, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding additions if any.

***** Final *****

Dictated by:   Davis Ellis MD, Nancy
Dictated DT/TM: 04/15/2021 11:55 am
Signed by:  Davis Ellis MD, Nancy
Signed (Electronic Signature):  04/15/2021 11:55 am

---

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| XR-21-0036966 | 4/15/2021 09:03 CDT | XR Shoulder Complete 2+ Views Right | Whittle MD,Allison P | 61 years |

**Reason for Exam**

(XR Shoulder Complete 2+ Views Right) Pain;Pain (please specify)

**Report**

EXAMINATION: XR Shoulder Complete 2+ Views Right, XR Clavicle Right

DATE: 4/15/2021.

CLINICAL: Fracture follow-up.

---

## Orthopedics ROH

| | | | | |
|---|---|---|---|---|
| Patient Name: | Dunn, Frank | | | |
| MRN: | 02201557 | | Admit: | 4/15/2021 |
| FIN: | 102840063 | | Disch: | 4/15/2021 |
| DOB/Age/Gender: | 9/29/1959  61 years | Male | Admitting: | |

---

### Diagnostic Radiology

**Report**

COMPARISON: Radiographs of the right shoulder on 5/4/2020.

FINDINGS: Multiple radiographs of the right clavicle and right shoulder were provided for analysis.

Right clavicle, 2 views: Redemonstration of oblique, displaced fracture of the lateral third of the clavicle. There is approximately 1.2 cm inferior displacement of the fracture fragment, intervally increased from prior exam. The acromioclavicular joint is widened up to approximately 1.8 cm. No new fracture visualized. The partial view of the chest is normal appearing.

Right shoulder, 3 views: Distal clavicular fracture as described above. No new fracture or dislocation. The glenohumeral joint appears intact. There is no apparent fracture of the humerus. Widening of the right AC joint as described above. No focal soft tissue edema. No radiopaque foreign body.

IMPRESSION:
1. Interval increase in anterior displacement of the clavicular fragment. Unchanged appearance of AC joint widening.
2. No new fracture or dislocation visualized.

This is a preliminary radiology report dictated by Trent Scott, M.D.

I, Nancy C Davis Ellis, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding additions if any.

***** Final *****

Dictated by:   Davis Ellis MD, Nancy
Dictated DT/TM: 04/15/2021 10:46 am
Signed by:  Davis Ellis MD, Nancy
Signed (Electronic Signature): 04/15/2021 10:46 am

---

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| XR-21-0038967 | 4/15/2021 09:01 CDT | XR Spine Lumbosacral 2 or 3 Views | Whittle MD,Allison P | 61 years |

**Reason for Exam**
(XR Spine Lumbosacral 2 or 3 Views) Pain;Fracture

**Report**
CLINICAL INFORMATION: Fracture.

EXAMINATION: XR Spine Lumbosacral 2 or 3 Views, 4/15/2021 8:59 AM CDT, XR-21-0038967

COMPARISON: CT abdomen pelvis 5/4/2020

PROCEDURE: 2 views of the lumbar spine were acquired.

FINDINGS/IMPRESSION:

---

## Orthopedics ROH

| | | | |
|---|---|---|---|
| Patient Name: | Dunn, Frank | | |
| MRN: | 02201557 | Admit: | 4/15/2021 |
| FIN: | 102640063 | Disch: | 4/15/2021 |
| DOB/Age/Gender: | 9/29/1959   61 years   Male | Admitting: | |

### *Diagnostic Radiology*

Report

Alignment:Normally maintained.

Vertebral body heights, disc spaces and posterior elements:Unremarkable.

Paraspinous soft tissues:No significant soft tissue swelling seen.


This is a preliminary report by Dr Poovathumkadavil, radiology fellow. This report is to be verified and validated by an attending radiologist.

I, Blake Curtis, MD have personally reviewed the images and agree with the resident/fellow dictated report with the preceding additions if any.

***** Final *****

Dictated by:   Curtis MD, Blake R
Dictated DT/TM: 04/15/2021 10:42 am
Signed by:  Curtis MD, Blake R
Signed (Electronic Signature):  04/15/2021 10:42 am

EXHIBIT N

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: DUNN, FRANK CHRISTIA | | Reg #: 32395-009 |
| Date of Birth: 09/29/1959 | Sex: M Race: WHITE | Facility: FOR |
| Encounter Date: 04/15/2021 14:14 | Provider: Halk, C. RN | Unit: W08 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Halk, C. RN

Chief Complaint:    Medical Trip Return
Subjective:    I went to a late follow up with ortho in Memphis.
Pain:        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 04/15/2021 14:15 |
| Location: | Multiple Locations |
| Quality of Pain: | Deep |
| Pain Scale: | 6 |
| Intervention: | order for diclofenac gel |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 6-12 Months |
| Duration: | 6-12 Months |
| Exacerbating Factors: | sleeping |
| Relieving Factors: | heat |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/15/2021 | 14:17 FOX | 98.4 | 36.9 | | Halk, C. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/15/2021 | 14:17 FOX | 58 | | | Halk, C. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/15/2021 | 14:17 FOX | 18 | Halk, C. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/15/2021 | 14:17 FOX | 171/79 | | | | Halk, C. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/15/2021 | 14:17 FOX | 98 | | Halk, C. RN |

| | | | |
|---|---|---|---|
| Inmate Name: DUNN, FRANK CHRISTIA | | Reg #: | 32395-009 |
| Date of Birth: 09/29/1959 | Sex: M Race: WHITE | Facility: | FOR |
| Encounter Date: 04/15/2021 14:14 | Provider: Halk, C. RN | Unit: | W08 |

## ASSESSMENT:

Other

Med trip return from Orthopedics ROH. Inmate came back with prescription for diclofenac gel. MD wants to try conservative treatment home exercises or physical therapy before surgical options. Continue OTC meds for pain. Will order nonunion labs, including esr/crp, a1c, bmp, thyroid studies, testosterone level. RTC 6-10 weeks after lab work complete and completed trial of home exercises or ideally guided therapy. Only repeat clavicle films on RTC. Paperwork placed in medical records.

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Diclofenac Sodium External gel 1% | 04/15/2021 14:14 |
| | **Prescriber Order:**  1 app Topically  -four times a day PRN x 60 day(s) | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/15/2021 | Counseling | Access to Care | Halk, C. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes      **By:** Stiles, Rosemary NP

**Telephone or Verbal order read back and verified.**


Completed by Halk, C. RN on 04/15/2021 14:43

Requested to be cosigned by Stiles, Rosemary NP.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | | |
|---|---|---|---|---|
| Complex: | FOX--FORREST CITY FCC | Begin Date: 05/01/2021 | End Date: | 07/12/2021 |
| Inmate: | DUNN, FRANK CHRISTIA | Reg #: 32395-009 | Quarter: | W08-153L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                           Denied

## Active Prescriptions

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
**Rx#:** 474725-FOX        **Doctor:** Wingo, Michelle PA-C
**Start:** 12/18/20        **Exp:** 12/18/21              **Pharmacy Dispensings:** 180 TAB in 206 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth each day
**Rx#:** 474726-FOX        **Doctor:** Wingo, Michelle PA-C
**Start:** 12/18/20        **Exp:** 06/16/21    **D/C:** 06/03/21    **Pharmacy Dispensings:** 150 tab in 180 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth each day
**Rx#:** 486874-FOX        **Doctor:** Wingo, Michelle PA-C
**Start:** 06/03/21        **Exp:** 11/30/21    **D/C:** 06/16/21    **Pharmacy Dispensings:** 30 tab in 39 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth each day
**Rx#:** 488188-FOX        **Doctor:** Obi-Okoye, Nwannem MD
**Start:** 06/16/21        **Exp:** 12/13/21              **Pharmacy Dispensings:** 0 tab in 26 days

Citalopram 20 MG Tab
Take one tablet (20 MG) by mouth each day *consent form on file * ***self carry***
**Rx#:** 474727-FOX        **Doctor:** Wingo, Michelle PA-C
**Start:** 12/18/20        **Exp:** 06/16/21    **D/C:** 06/03/21    **Pharmacy Dispensings:** 150 TAB in 180 days

Citalopram 20 MG Tab
Take one tablet (20 MG) by mouth each day *consent form on file * ***self carry***
**Rx#:** 486875-FOX        **Doctor:** Wingo, Michelle PA-C
**Start:** 06/03/21        **Exp:** 11/30/21    **D/C:** 06/16/21    **Pharmacy Dispensings:** 30 TAB in 39 days

Citalopram 20 MG Tab
Take one tablet (20 MG) by mouth each day *consent form on file * ***self carry***
**Rx#:** 488189-FOX        **Doctor:** Obi-Okoye, Nwannem MD
**Start:** 06/16/21        **Exp:** 12/13/21              **Pharmacy Dispensings:** 0 TAB in 26 days

EXHIBIT O

**Regional One Health**

**Orthopedics ROH**
880 Madison Ave
Memphis, TN 38103-

Patient: **Dunn, Frank** 32395-009
MRN: 02201557
FIN: 102640063
DOB/Age/Gender: 9/29/1959  61 years    Male

Date of Service:  4/15/2021
Provider:    Whittle MD, Allison P

---

## *Office Clinic Notes*

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

Orthopedic Office Clinic Note
4/15/2021 10:35 CDT
Unauth
Office Visit Note
Stevens MD, Trenton T (4/15/2021 10:39 CDT)

**Office Visit Note**

## * Preliminary Report *

**Reason for Visit**
f/u fall from bed multiple rib fx

**History of Present Illness**
61 yo M federal inmate in forest city, today is his first follow up from hospital discharge. He had a fall from his bunk in may of 2020, on arrival to ROH diagnosed with C6 R inferior facet fracture, T1-T4 R TP fx, chronic superior endplate T7. He had a stable neuroexam on discharge according to his discharge paperwork, his clavicle films were well aligned and appropriate for nonoperative treatment. he was given an aspen with plans for 6 weeks, and follow up scheduled in a few weeks. this is his first follow up. He still has pain in the right shoulder and feels like he has gravel with movement. he has not been able to get physical therapy. he takes OTC naproxen. he walks for exercises. he has some residual neck pain, he had prior complaints of numbness/tingling to the hand which has resolved as well.

history of prediabetes. no history of smoking.

**Physical Exam**
Physical Exam:
NAD. NLB.
Cervical spine: nonttp, good ROM and rotation without limtation
Thoracici spine: ttp right side paravertebral muscles over midthroacic spine but no bony tenderness, slight kyphosis thoracic spinc
Lumbar spine: nonttp
RUE: mobile clavicle to palpation, tender, palpable bump, good ROM including FE to 120, pain with internal rotation, 5/5 supra/infra/subscap, 5/5 bicep/tricep/Wext/Wflex/Fabd/Ffle. SILT C5-T1.

Imaging:
Cervical spine (4vw): spondylosis and arthritic changes predominantly in C4/5 and C6/7 with facet arthropathy, otherwise normal saggital lordotic alignment
Thoracic spine (2vw): mild scoliosis, chronic compression deformity through T7
Lumbar spine (2vw): no acute findings
R shoulder & clavicle (2vw+): nonunion of midshaft clavicle with superior displacement medially

**Assessment/Plan**
Pain
Pain in ear
61 yo M fall from height, 10 months out, R clavicle fx nonunion, cervical spondylosis with history of R C6 inferior facet fx, thoracic scoliosis/kyphosis with history of T7 superior endplate fx, R T1-T4 transverse process fx

**Problem List/Past Medical History**
Ongoing
  Depression
  Hyperlipidemia
  Hypertension
Historical
  No qualifying data

**Medications**
aspirin 81 mg oral tablet, 81 mg= 1 tab, Oral, Daily
atorvastatin
CeleXA
lisinopril

**Allergies**
No Known Allergies

**Social History**
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime)., 05/04/2020

**Health Maintenance**
**Health Maintenance**
  Pending (in the next year)
    Due
      Adult Wellness Exam due 04/15/21 and every 1 years
      Colon Cancer Screening due 04/15/21 Variable frequency
      Depression Screening due 04/15/21 and every 1 years
      Lipid Screening due 04/15/21 and every 5 years
    Due In Future
      Influenza Vaccine not due until 09/01/21 and every 1 years
  Satisfied (in the past 1 year)
    Satisfied
      Diabetes Screening on 05/04/20. Satisfied by SYSTEM, SYSTEM

---



## Orthopedics ROH

| | | | | |
|---|---|---|---|---|
| Patient Name: | Dunn, Frank | | | |
| MRN: | 02201557 | | Date of Service: | 4/15/2021 |
| FIN: | 102640063 | | Provider: | Whittle MD,Allison P |
| DOB/Age/Gender: | 9/29/1959 61 years | Male | | |

---

### Office Clinic Notes

- his right clavicle has gone on to a symptomatic nonunion which bothers him. he has not been able to complete physical therapy. we had a discussion today about potential of nonunion fixation including risks and alternatives. we will get him a physical therapy rx and try if we can at least get through some conservative treatment before surgical options. i went over some exercises in clinic today for scapular and rotator cuff strengthening
- continue otc for pain
- rx for diclofenac cream, or similar that is available to him in prison
- continue ROM and strengthening for neck as well. he has underlying cervical spondylosis
- will order nonunion labs, including esr/crp, a1c, bmp, thyroid studies, testosterone level
- rtc 6-10 weeks after lab work complete and completed trial of home exercises or ideally guided therapy
- only repeat clavicle films on RTC

Cerner

**Lab Results**
No qualifying data available.

**Trenton T Stevens MD**
UT-Campbell Clinic Orthopaedics, PGY-5

**Attestation**
.attest

**Signature Line**
Electronically Signed on 04/15/2021 10:39

---

Stevens MD, Trenton T

---

Whittle MD, Allison P

| | |
|---|---|
| Result type: | Orthopedic Office Clinic Note |
| Result date: | April 15, 2021 10:35 CDT |
| Result status: | Unauth |
| Result title: | Office Visit Note |
| Performed by: | Stevens MD, Trenton T on April 15, 2021 10:39 CDT |
| Encounter info: | 102640063, OPC Ortho, Clinic, 4/15/2021 - |

---

 **Regional One Health**

**Orthopedics ROH**
880 Madison Ave
Memphis, TN 38103-

| | | |
|---|---|---|
| Patient: | **Dunn, Frank** 3239S-009 | |
| MRN: | 02201567 | Date of Service: 4/15/2021 |
| FIN: | 102640063 | Provider: Whittle MD,Allison P |
| DOB/Age/Gender: | 9/29/1959  61 years    Male | |

---

## Office Clinic Notes

| | |
|---|---|
| Document Type: | Orthopedic Office Clinic Note |
| Service Date/Time: | 4/15/2021 10:35 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Office Visit Note |
| Sign Information: | Whittle MD,Allison P (4/15/2021 11:05 CDT); Stevens MD, Trenton T (4/15/2021 10:39 CDT) |

**Reason for Visit**
f/u fall from bed multiple rib fx

**History of Present Illness**
61 yo M federal inmate in forest city, today is his first follow up from hospital discharge. He had a fall from his bunk in may of 2020, on arrival to ROH diagnosed with C6 R inferior facet fracture, T1-T4 R TP fx, chronic superior endplate T7. He had a stable neuroexam on discharge according to his discharge paperwork, his clavicle films were well aligned and appropriate for nonoperative treatment. he was given an aspen with plans for 6 weeks, and follow up scheduled in a few weeks. this is his first follow up. He still has pain in the right shoulder and feels like he has gravel with movement. he has not been able to get physical therapy. he takes OTC naproxen. he walks for exercises. he has some residual neck pain, he had prior complaints of numbness/tingling to the hand which has resolved as well.

history of prediabetes. no history of smoking.

**Physical Exam**
Physical Exam:
NAD. NLB.
Cervical spine: nonttp, good ROM and rotation without limtation
Thoracic spine: ttp right side paravertebral muscles over midthroacic spine but no bony tenderness, slight kyphosis thoracic spine
Lumbar spine: nonttp
RUE: mobile clavicle to palpation, tender, palpable bump, good ROM including FE to 120, pain with internal rotation, 5/5 supra/infra/subscap, 5/5 bicep/tricep/Wext/Wflex/Fabd/Ffle. SILT C5-T1.

Imaging:
Cervical spine (4vw): spondylosis and arthritic changes predominantly in C4/5 and C6/7 with facet arthropathy, otherwise normal saggital lordotic alignment
Thoracic spine (2vw): mild scoliosis, chronic compression deformity through T7
Lumbar spine (2vw): no acute findings
R shoulder & clavicle (2vw+): nonunion of midshaft clavicle with superior displacement medially

**Assessment/Plan**
Pain
Pain in ear
61 yo M fall from height, 10 months out, R clavicle fx nonunion, cervical spondylosis with history of R C6 inferior facet fx, thoracic scoliosis/kyphosis with history of T7 superior endplate fx, R T1-T4 transverse process fx

- his right clavicle has gone on to a symptomatic nonunion which bothers him. he has not been able to complete physical therapy. we had a discussion today about potential of

**Problem List/Past Medical History**
Ongoing
    Depression
    Hyperlipidemia
    Hypertension
Historical
    No qualifying data

**Medications**
aspirin 81 mg oral tablet, 81 mg= 1 tab, Oral, Daily
atorvastatin
CeleXA
lisinopril

**Allergies**
No Known Allergies

**Social History**
Tobacco
Smoking tobacco use: Never (less than 100 in lifetime)., 05/04/2020

**Health Maintenance**
Health Maintenance
    Pending (in the next year)
        Due
            Adult Wellness Exam due 04/15/21 and every 1 years
            Colon Cancer Screening due 04/15/21 Variable frequency
            Depression Screening due 04/15/21 and every 1 years
            Lipid Screening due 04/15/21 and every 5 years
        Due in Future
            Influenza Vaccine not due until 09/01/21 and every 1 years.
    Satisfied (in the past 1 year)
        Satisfied
            Diabetes Screening on 05/04/20. Satisfied by SYSTEM, SYSTEM Cerner

---

## Orthopedics ROH

| | | | |
|---|---|---|---|
| Patient Name: | Dunn, Frank | | |
| MRN: | 02201557 | Date of Service: | 4/15/2021 |
| FIN: | 102640063 | Provider; | Whittle MD,Allison P |
| DOB/Age/Gender: | 9/29/1959  61 years | Male | |

---

### *Office Clinic Notes*

nonunion fixation including risks and alternatives. we will get him a physical therapy rx and try if we can at least get through some conservative treatment before surgical options. I went over some exercises in clinic today for scapular and rotator cuff strengthening
- continue otc for pain
- rx for diclofenac cream, or similar that is available to him in prison
- continue ROM and strengthening for neck as well. he has underlying cervical spondylosis
- will order nonunion labs, including esr/crp, a1c, bmp, thyroid studies, testosterone level
- rtc 6-10 weeks after lab work complete and completed trial of home exercises or ideally guided therapy
- only repeat clavicle films on RTC

**Lab Results**
No qualifying data available.

Trenton T Stevens MD
UT-Campbell Clinic Orthopaedics, PGY-5

**Medications/Immunizations Given This Visit**

ATTENDING ADDENDUM:
Patient discussed with the resident at the time of the clinic visit. X-rays reviewed. He is status post right clavicle fracture approximately 1 year ago. He is a federal prisoner and Forrest City. His right clavicle appears to be ununited on x-rays; He has some discomfort and would like surgery to fix it. He also had a C6 right inferior facet fracture and T1-4 right transverse process fractures with chronic superior endplate deformity of T7. This is his first follow-up in a year. He has some kyphosis in the mid thoracic spine but overall alignment is good. He has mild right thoracic scoliosis. Alignment appears unchanged from previous MRI. Cervical spine x-rays show some straightening of the normal lordosis. He has degenerative changes at the 4 on 5 C5 on 6 and C6 on 7. Overall alignment is good. He has good alignment of the lumbar spine with no fractures appreciated; His right glenohumeral joint is reduced. He has somewhat limited shoulder range of motion. We will get nonunion labs today. He is given a prescription for diclofenac gel for his shoulder. He should perform range of motion and strengthening of the cervical spine. There is some concern about his lack of follow-up should surgery be considered. We will see him back in a few weeks after the lab work and home exercises to further discuss treatment for the right clavicle.

**Attestation**
.attest

Electronically Signed on 04/15/21 10:39 AM

---

Stevens MD, Trenton T

Electronically Signed on 04/15/21 11:05 AM

---

Whittle MD, Allison P

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DUNN, FRANK CHRISTIA | | | Reg #: | 32395-009 |
| Date of Birth: | 09/29/1959 | Sex: | M    Race: WHITE | Facility: | FOR |
| Note Date: | 04/27/2021 06:59 | Provider: | Stiles, Rosemary NP | Unit: | W08 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**          Provider:   Stiles, Rosemary NP

Med trip return from Orthopedics ROH. Inmate came back with prescription for diclofenac gel. MD wants to try conservative treatment home exercises or physical therapy before surgical options. Continue OTC meds for pain. Will order nonunion labs, including esr/crp, a1c, bmp, thyroid studies, testosterone level. RTC 6-10 weeks after lab work
complete and completed trial of home exercises or ideally guided therapy. Only repeat clavicle films on RTC

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-TSH | One Time | 06/02/2021 00:00 | Routine |
| Lab Tests-T-Testosterone, Free/Total | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests-T-T3, Free | | | |
| Lab Tests-T-T3, Total | | | |
| Lab Tests-T-T4, Total | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Lab Tests-C-C-Reactive Protein (CRP) | | | |
| Lab Tests - Short List-General-Basic Metabolic Profile (BMP) | | | |

Additional Information:

esr/crp, a1c, bmp, thyroid studies, testosterone level. prior to medical trip

Labs requested to be reviewed by:          Obi-Okoye, Nwannem MD

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedic Surgery | 06/10/2021 | 06/10/2021 | Routine | No | |

Subtype:

Evaluation, Orthopedic Surgery

Reason for Request:

Med trip return from Orthopedics ROH. Inmate came back with prescription for diclofenac gel. MD wants to try conservative treatment home exercises or physical therapy before surgical options. Continue OTC meds for pain. Will order nonunion labs, including esr/crp, a1c, bmp, thyroid studies, testosterone level. RTC 6-10 weeks after lab work complete and completed trial of home exercises or ideally guided therapy. Only repeat clavicle films on RTC

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Stiles, Rosemary NP on 04/27/2021 14:05

EXHIBIT P

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DUNN, FRANK CHRISTIA | | Reg #: | 32395-009 |
| Date of Birth: | 09/29/1959 | Sex: M  Race: WHITE | Facility: | FOR |
| Encounter Date: | 05/24/2021 10:20 | Provider: Stiles, Rosemary NP | Unit: | W08 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Stiles, Rosemary NP

Chief Complaint:  GENERAL

Subjective:    pain and numbness in right hand, fingers thumb, and pain in right lower and upper arm, and right shoulder; all aprx for 6 mos, since injury May 4th. 2020
12-01-2020 broken clavicle not healing properly per inmate

(seen 9/16/2021) c/o pain right palm, arm and shoulder , fingers right hand falls asleep x 2 weeks, started
September 2020, May 4th, 2020 fell from top of bunk DX C6 CERVICAL FRACTURE, FRACTURE TRANSVERSE PROCESS THORACIC
VERTEBRA, H/O FALL FROM BED, MULTIPLE RIB FRACTURES RT SIDE, HEMOTHORAX RT SIDE, RT CLAVICLE FRACTURE

(Med trip return from Orthopedics ROH. Inmate came back with prescription for diclofenac gel. MD wants to try conservative treatment home exercises or physical therapy before surgical options. Continue OTC meds for pain. Will order nonunion labs, including esr/crp, a1c, bmp, thyroid studies, testosterone level. RTC 6-10 weeks after lab work complete and completed trial of home exercises or ideally guided therapy. Only repeat clavicle films on RTC)

2/23/21 wants colonoscopy, age 61 and no colonoscopy in ten years. 2/2020 hemocult negative, inmate states he turned one in today

Pain:        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 05/24/2021 10:48 |
| Location: | Multiple Locations |
| Quality of Pain: | Aching |
| Pain Scale: | 6 |
| Intervention: | see notes |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 6-12 Months |
| Duration: | 6-12 Months |
| Exacerbating Factors: | none |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/24/2021 | 10:57 FOX | 98.2 | 36.8 | | Stiles, Rosemary NP |

| | |
|---|---|
| Inmate Name: DUNN, FRANK CHRISTIA | Reg #: 32395-009 |
| Date of Birth: 09/29/1959 | Facility: FOR |
| Encounter Date: 05/24/2021 10:20 | Unit: W08 |

Sex: M .Race: WHITE
Provider: Stiles, Rosemary NP

**New Medication Orders:**

**Rx#**          **Medication**                                                                              **Order Date**

Indication:  Neck Fracture, Fracture  multiple ribs, Fracture of  clavicle

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

consults pending for Ortho

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/24/2021 | Counseling | Plan of Care | Stiles, Rosemary | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Stiles, Rosemary NP on 05/24/2021 14:59

EXHIBIT Q

 **Regional One** Health

Dunn, Frank

32395-009

**DOB:** 09/29/1959
**MRN:** 02201557
**Visit Date:** 06/10/2021

# Ambulatory Visit Instructions

## Your Diagnosis

Nondisplaced fracture of shaft of right clavicle
Pain

## Discharge Vitals

**Temperature** (Oral)
36.6 °C

**Blood Pressure**
135/85

**Height**
185 cm

**Weight**
82 kg

**Weight**
82 kg

**BMI**
23.959

## Tests Performed

CBC       -- **Results Pending** --

CRP       -- **Results Pending** --

Erythrocyte Sed Rate       -- **Results Pending** --

Hemoglobin A1C       -- **Results Pending** --

Testosterone, Free, Direct       -- **Results Pending** --

Thyroid Panel       -- **Results Pending** --

Vitamin D 25 Hydroxy Level       -- **Results Pending** --

XR Clavicle Right

## Your Care Team

**Admitting Physician -** Whittle MD, Allison P
**Attending Physician -** Whittle MD, Allison P

## This Is Your Medications List
- aspirin (aspirin 81 mg oral tablet)
- atorvastatin
- citalopram (CeleXA)
- diclofenac topical (diclofenac 1% topical gel)
- lisinopril

# What to do next

## Instructions From Your Doctor

his right clavicle has gone on to a symptomatic nonunion which bothers him. He would like to talk to his attorney before deciding to do surgery here. we had a discussion today about potential of nonunion fixation including risks and alternatives.
- continue ROM and strengthening for neck as well. he has underlying cervical spondylosis
- will order nonunion labs, including esr/crp, a1c, bmp, thyroid studies, testosterone level today as they were not done at last clinic visit

# Orthopedics ROH

Account #
880 Madison Ave
Memphis, TN 38103
Phone: (901)545-7259
Fax:
Ord Phys (Electronically Signed): **Wing MD, Clayton**
NPI: 1265095111



–102736443UNK67069

Specimen Collected: **In Office**
Accession #:        102736443UNK67069
Sup Phys:
NPI:

| **Dunn, Frank**   32395-009 | **Bill To: Third Party** |
|---|---|

DOB: 09/29/1959      Age: 61 Years   Gender: Male      SSN# XXX-XX-3475  MRN:      2201557      FIN: 102736443
        Address: 2090 Columbiana Rd Ste 4000                                    Home Phone:
City, State Zip: BIRMINGHAM, AL 35216

| Primary Insurance: **Naphcare Arkansas** | Secondary Insurance: |
|---|---|
| Bill Type: | Bill Type: |
| Code: | Code: |
| Address: 2090 Columbiana Rd Ste 4000 | Address: |
| City, State Zip: Birmingham, AL 35216 | City, State Zip: |
| Policy Number: 465823475 | Policy Number: |
| Group Number: | Group Number: |
| Subscriber: Dunn, Frank | Subscriber: |
| DOB: 09/29/1959 | DOB: |
| Relationship: Self | Relationship: |
| Address: 2090 Columbiana Rd Ste 4000 | Address: |
| City, State Zip: BIRMINGHAM, AL 35216 | City, State Zip: |

**Responsible Party / Guarantor**

| Name: Dunn, Frank | DOB: 09/29/1959 | Relationship: Self |
|---|---|---|
| Address: 2090 Columbiana Rd Ste 4000 | | SSN# XXX-XX-3475 |
| City, State Zip: BIRMINGHAM, AL 35216 | Home Phone: | |

# Orders

### Vitamin D 25 Hydroxy Level
Ordered (Dispatched)              Collect. Dt/Tm:   06/10/2021 10:36
Specimen Type:   Blood                            Specimen Description:
ABN Status:
Diagnoses:  S42.024A       Nondisplaced fracture of shaft of right clavicle, initial encounter for closed fracture

### Testosterone, Free, Direct
Ordered (Dispatched)              Collect. Dt/Tm:   06/10/2021 10:36
Specimen Type:   Blood                            Specimen Description:
ABN Status:
Diagnoses:  S42.024A       Nondisplaced fracture of shaft of right clavicle, initial encounter for closed fracture

### Thyroid Panel
Ordered (Dispatched)              Collect. Dt/Tm:   06/10/2021 10:36
Specimen Type:   Blood                            Specimen Description:
ABN Status:
Diagnoses:  S42.024A       Nondisplaced fracture of shaft of right clavicle, initial encounter for closed fracture

### Erythrocyte Sed Rate
Ordered (Dispatched)              Collect. Dt/Tm:   06/10/2021 10:36
Specimen Type:   Blood                            Specimen Description:
ABN Status:
Diagnoses:  S42.024A       Nondisplaced fracture of shaft of right clavicle, initial encounter for closed fracture

Dunn, Frank                                                                       Order Date:06/10/2021 10:37

 **Regional One Health**

**Orthopedics ROH**
880 Madison Ave
Memphis, TN 38103-

| | | |
|---|---|---|
| Patient: | Dunn, Frank | |
| MRN: | 02201557 *32395-009* | Date of Service: 6/10/2021 |
| FIN: | 102736443 | Provider: Whittle MD,Allison P |
| DOB/Age/Gender: | 9/29/1959  61 years    Male | |

## Office Clinic Notes

| | |
|---|---|
| Document Type: | Orthopedic Office Clinic Note |
| Service Date/Time: | 6/10/2021 10:32 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Ortho Office Visit Note |
| Sign Information: | Whittle MD,Allison P (6/10/2021 10:52 CDT); Wing MD,Clayton (6/10/2021 10:36 CDT) |

**Reason for Visit**
f/u

**History of Present Illness**
61 yo M federal inmate in forest city, today is his first follow up from hospital discharge. He had a fall from his bunk in may of 2020, on arrival to ROH diagnosed with C6 R inferior facet fracture, T1-T4 R TP fx, chronic superior endplate T7. He had a stable neuroexam on discharge according to his discharge paperwork, his clavicle films were well aligned and appropriate for nonoperative treatment. he was given an aspen with plans for 6 weeks, and follow up scheduled in a few weeks. this is his second follow up. He still has pain in the right shoulder and feels like he has gravel with movement. he has not been able to get physical therapy, because his facility does not have. He takes OTC naproxen. He does home exercises with elastic band which have not helped
history of prediabetes. no history of smoking.

**Review of Systems**
10 point ROS negative except as per hpi

**Physical Exam**

**Vitals & Measurements**
T: 36.6 °C (Oral) BP: 135/85
HT: 185 cm  WT: 82 kg  WT: 82 kg  BMI: 23.959
Peripheral Pulse Rate: 48 Low (06/10/21 09:41:00)
Physical Exam;
NAD. NLB.
Cervical spine: nonttp, good ROM and rotation without limitation
Thoracic spine: ttp right side paravertebral muscles over midthoracic spine but no bony tenderness, slight kyphosis thoracic spine
Lumbar spine: nonttp
RUE: mobile clavicle to palpation, tender, palpable bump, good ROM including FE to 120, pain with internal rotation, 5/5 supra/infra/subscap, 5/5 bicep/tricep/Wext/Wflex/Fabd/Ffls. SILT C5-T1.

**Assessment/Plan**
Pain
61 yo M fall from height, 10 months out, R clavicle fx nonunion, cervical spondylosis with history of R C6 inferior facet fx, thoracic scoliosis/kyphosis with history of T7 superior endplate fx, R T1-T4 transverse process fx

- his right clavicle has gone on to a symptomatic nonunion which bothers him. He would like to talk to his attorney before deciding to do surgery here. we had a discussion today about potential of nonunion fixation including risks and alternatives.
- continue ROM and strengthening for neck as well. he has underlying cervical

**Medications**
aspirin 81 mg oral tablet, 81 mg= 1 tab, Oral, Daily
atorvastatin
CeleXA
diclofenac 1% topical gel, 1 app, Topical, QID, PRN
lisinopril

**Allergies**
No Known Allergies

**Social History**
Tobacco
    Smoking tobacco use: Never (less than 100 in lifetime)., 06/10/2021

**Health Maintenance**
Health Maintenance
    Pending (in the next year)
        Due
            Adult Wellness Exam due  06/10/21  and every 1  years
            Colon Cancer Screening due  06/10/21  Variable frequency
            Depression Screening due  06/10/21 and every 1  years
            Lipid Screening due  06/10/21 and every 5 years
        Due in Future
            Influenza Vaccine not due until  09/01/21  and every 1  years
        Satisfied (in the past 1 year)
        There are no satisfied recommendations within the defined date range.

**Lab Results**
No qualifying data available.

EXHIBIT R

**Federal Correctional Complex**
**Forrest City, Arkansas**

**Sick Call Request/Triage and Medication Refill Form**
Formulario para obtener una cita medica y para rellenar medicinas

**7:00 am -7:30 am**
**Do not place the sick call request in the institution mail.**
**Failure to complete this form or follow any procedure delays processing your sick call complaint.**
Llene este formulario completamente y traigalo al Servicio de Salud para ponerlo en la caja designada para sick call entre las 7:00 a.m. y 7:30 a.m. No ponga este pedido para cita medica en el correo de la institucion. No seguiendo este procedimiento o llenando este formulario incompletamente, tardara su cita medica.

**(PLEASE PRINT)**
**NAME:** _FRANK DUNN_ _____ (Nombre)
**REG. No.:** _32395-001_ (Numero de Registro)
**Signature:** _____ (Firma)    **UNIT:** _WB_ (Unidad)
**Today=s Date:** _11/23/21_ (Fecha de Hoy)

**What is your medical problem?** (Cual es su problema medico?) _NECK, BACK AND SHOULDER PAIN._
_INCREASING RINGING IN BOTH EARS-MORE SO IN RIGHT EAR- MOST RECENT ORTHOPEDIC CONSULTATION AT REGIONAL ONE, 9/30/2_
_MEMPHIS CANCELLED DUE TO INCOMPLETE LAB WORK BY BOP- DRS. AT REGIONAL ONE REQUESTED LABS ON 6/10/21_
**When did your problem begin or how long have you had the problem?** (Cuando comenzo su problema/ Cuanto tiempo ha tenido su problema?) _5/4/20- FALL FROM ASSIGNED TOP BUNK - BROKE 5 UPPER VERTEBRA, 9 RIBS, CLAVICLE_

**When were you last seen for your problem?** (Cuando fue la ultima vez que lo vieron por su problema?)
_ORTHOPEDIC CONSULTATION AT REGIONAL ONE MEMPHIS. TOOK MEDICAL TRIP -APPOINTMENT CANCELLED_

**History of medical problems?** (Circle)        Diabetes    (Hypertension)    Cardiac Disease      Asthma
                                                Immunocompromised    Mental Health Problems    _PRE-DIABETIC_

**Por cuanto tiempo tiene este problema?** (Circule uno) Diabetis      Hypertencion      Enfermedad Cardiaca    Astma
                                                Immunocomprometida    Enfermedad Mental

**Are you taking medicine?** (Circle one) YES   NO    (Estas tomando medicina - Circule uno)  (Si) (No)

**Do you Need Refills?** (Circle one)      YES   NO    (Necesitas rellenar tus medicinas? )      (Si) (No)

If yes, what is the name(s) of the medication(s) you need refilled?_____

Cual es el nombre de las medicinas que necesita rellenar?_____

**Have you had an injury?** (YES) NO          If YES, do you have pain? (Circle one) (YES) NO
(Le ha lesionado?)         (Si) (No)         (Tienes dolor?)         (Circule Uno) (Si) (No)

If yes, how long have you had pain: _N/19 MOS._  If YES, where is your pain? (Si contestas Si, donde estas su dolor?)_____
(Por cuanto tiempo?)

If yes, rate your pain (circle one)   1    2    3    4    5    6    7    (8)    9    10
(Como quantifica su dolor (circule uno)    (0- No pain, 1-2 Mild, 3-4 Discomfort, 5-6 Moderate, 7-8 Severe, 9-10 Worst pain possible)
                          (0- No dolor, 1-2 Poco dolor, 3-4 Leve dolor, 5-6 Dolor moderado, 7-8 Dolor severo, 9-10 Peor dolor)

**All non-medical problem requests including copies of Medical Records should be sent by regular Cop-Out through the institutional mail system.**
(Todos los problemas que no son de indole medicos, incluyendo copias de su record medico, seran dirigidos atravez de un Cop-Out y puesto en el correo de la institucion)

_____ **Do not write below this line** _____
(No escriba abajo de esta linea)

************************************************************************************************************
************************************************************************************************************

**TO BE COMPLETED BY HEALTH SERVICES STAFF ONLY.**

Date Scheduled to be Seen: _____        HSU Staff Signature: _____

Health Care Provider
Comments:_____
_____

EXHIBIT S

# Bureau of Prisons
## Health Services
## Health Problems

Reg #: 32395-009                    Inmate Name: DUNN, FRANK CHRISTIA

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Hyperlipidemia, unspecified | | | | | | |
| 01/23/2020 13:17 EST  Stiles, Rosemary NP | | ICD-10 | E785 | 01/23/2020 | Current | |
| Major depressive disorder, recurrent | | | | | | |
| 01/23/2020 13:17 EST  Stiles, Rosemary NP | | ICD-10 | F339 | 01/23/2020 | Current | |
| Myopia | | | | | | |
| 06/29/2021 10:11 EST  Brenner, B. OD | | ICD-10 | H5210 | 06/29/2021 | Current | |
| Essential (primary) hypertension | | | | | | |
| 01/23/2020 13:17 EST  Stiles, Rosemary NP | | ICD-10 | I10 | 01/23/2020 | Current | |
| Neck Fracture | | | | | | |
| 05/06/2020 16:00 EST  Kapur, Hari MD | | ICD-10 | S129XX | 05/06/2020 | Current | |
| Fracture  multiple ribs | | | | | | |
| 05/06/2020 16:00 EST  Kapur, Hari MD | | ICD-10 | S2249X | 05/06/2020 | Current | |
| Fracture of  clavicle | | | | | | |
| 05/06/2020 16:00 EST  Kapur, Hari MD | | ICD-10 | S42009 | 05/06/2020 | Current | |
| **Resolved** | | | | | | |
| Seborrheic dermatitis, unspecified | | | | | | |
| 01/30/2020 10:58 EST  Obi-Okoye, Nwannem MD | | ICD-10 | L219 | 01/29/2020 | Resolved | 01/30/2020 |
| 01/29/2020 14:43 EST  Obi-Okoye, Nwannem MD | | ICD-10 | L219 | 01/29/2020 | Current | |
| Edema, unspecified | | | | | | |
| 01/30/2020 10:58 EST  Obi-Okoye, Nwannem MD | | ICD-10 | R609 | 01/29/2020 | Resolved | 01/30/2020 |
| 01/29/2020 14:43 EST  Obi-Okoye, Nwannem MD | | ICD-10 | R609 | 01/29/2020 | Current | |

**Total: 9**

EXHIBIT T

**Regional One Health**

**Orthopedics ROH**
880 Madison Ave
Memphis, TN 38103-

*32395-009*

Patient: **Dunn, Frank C**
MRN: 02201557
FIN: 103103659
DOB/Age/Gender: 9/29/1959   62 years      Male

Date of Service:   3/31/2022
Provider:          Whittle MD,Allison P

---

## Office Clinic Notes

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

Orthopedic Office Clinic Note
3/31/2022 11:21 CDT
Auth (Verified)
Office Visit Note
Whittle MD,Allison P (3/31/2022 13:10 CDT); Hardaway MD,
Austin Tyndall (3/31/2022 12:50 CDT)

**Reason for Visit**
non union right clavicle fx

**Chief Complaint**
f/u

**History of Present Illness**
61 yo M federal inmate in forest city, today is his first follow up from hospital discharge. He had a fall from his bunk in may of 2020, on arrival to ROH diagnosed with C6 R inferior facet fracture, T1-T4 R TP fx, chronic superior endplate T7.

All of the above-mentioned injuries were treated nonoperatively. His clavicle fracture went on to have a nonunion. His nonunion has become very symptomatic for him. It causes him pain with any sort of weighted shoulder movements. He has also had numbness and tingling to his right upper extremity throughout C5-T1 nerve distributions since his injury occurred. He has not had any motor deficits. I have made him aware that I do not think any intervention for his clavicle would change that given the chronicity of it. However he is reassured me that his predominant concern and complaint about his clavicle nonunion is the pain directly over the nonunion site along with the "snapping and popping that he hears and feels when he tries to use his right upper extremity to do any sort of vigorous movements. He had labs drawn at his last visit in September 2021 that were negative for signs of infection. He is not a smoker. He is not a diabetic. He is still incarcerated. When I asked him today when he may be getting out he said it could be as soon as next week and at maximum would be another 2 years.

Reviewed the patient's right upright clavicle films reveal a midshaft clavicle fracture with nonunion reviewed the patient's C-spine films reveals some arthritis at the level of 4 5 and 6. I cannot visualize C7. Reviewed the patient's thoracic spine films do reveal little bit of a right sided thoracic curve with some kyphosis. I measured kyphosis to be approximately 40 degrees

**Review of Systems**
positive for chronic N/T in RUE

**Physical Exam**

  **Vitals & Measurements**
  T: 36.1 °C (Tympanic) T: 36.1 °C (Oral) RR: 18 BP: 140/88 SpO2: 96%
  HT: 188 cm WT: 84 kg WT: 84 kg BMI: 23.766
  Peripheral Pulse Rate: 56 Low (03/31/22 10:57:00)
NAD
RR
NLB on RA

**Problem List/Past Medical History**
**Ongoing**
  Depression
  Hyperlipidemia
  Hypertension
**Historical**
  No qualifying data

**Medications**
aspirin 81 mg oral tablet, 81 mg= 1 tab, Oral, Daily
atorvastatin
CeleXA
diclofenac 1% topical gel, 1 app, Topical, QID, PRN
lisinopril

**Allergies**
No Known Allergies

**Social History**
**Alcohol**
  Never, 03/31/2022
**Substance Use**
  Never, 03/31/2022
**Tobacco**
  Smoking tobacco use: Never (less than 100 in lifetime)., 06/10/2021

**Wellness**

| Infectious Disease Risk Screening | Travel Outside of the US | Conley Fall Risk | Education Needs | Suicide Risk Assessment |
|---|---|---|---|---|
| Abdominal (Stomach Pain): No | Travel Outside US the Last 30 Days: No | Agitation Fall Risk Conley: No | Barriers to Learning: None evident | Previous Mental Illness Diagnosis: None |
| Abnormal | | Dizziness Vertigo Fall Risk | Ed-Readiness to | Suicidal Ideation: None |

---

## Orthopedics ROH

Patient Name:     Dunn, Frank C
MRN:              02201557
FIN:              103103659
DOB/Age/Gender: 9/29/1959  62 years    Male

Date of Service:  3/31/2022
Provider:         Whittle MD,Allison P

---

### *Office Clinic Notes*

| | Bleeding: No | | Conley: No | Learn: Ask questions, Shows interest | |
|---|---|---|---|---|---|
| MSK: | Chills Infectious Disease: No | | Fall Risk Score Conley: 0 | Learning Style Pref Family: None | Suicide Plan Formulated: Denies |

**MSK:**
Examination of the patient's right shoulder area reveals an obvious palpable prominence palpable prominence over his clavicle. The skin is in no way threatened. 5/5 strength with shoulder abduction and FE. Pain over clavicle with these.
C5-T1: 5/5 motor, 1/2 SILT
Palp radial

**Assessment/Plan**
Pain
   62-year-old male with a right midshaft clavicle nonunion that is symptomatic      .
   I have discussed the patient's case with Dr. Rudloff.
   We will plan for repair R clavicle nonunion with possible BMAC and possible ipsilateral distal femoral autograft versus allograft. Surgery booked for 4/22. Will need PATS
   He is aware this surgery is unlikely to change the chronic N/T to his RUE
   Will start on vitamin D now and order lab

**Medications/Immunizations Given This Visit**

**ATTENDING ADDENDUM:**
Patient discussed with the resident at the time of the clinic visit. X-rays reviewed. He is status post right clavicle fracture in May 2020. He is gone on to have a nonunion. He also had a C6 right inferior facet fracture and T1-4 transverse process fractures as well as a chronic superior endplate fracture of T7. He remains with a clavicle nonunion which is symptomatic. The fracture is oblique and in the midshaft. X-rays of the cervical spine show slight retrolisthesis of C4 on 5 with degenerative changes. There is a degenerative disc at see 4 5 and C6-7. X-rays of the thoracic spine show convex left thoracic scoliosis with a secondary curve convex right somewhat lower. He has some kyphosis around the old T7 fracture. There is no listhesis. The care of his clavicle fracture was discussed with Dr. Rudloff. He is set up for ORIF with possible be MAC versus distal femoral autograft versus allograft. Surgical date is 4/22/2022. It will likely not affect his numbness and tingling. He will be started on vitamin D supplementation and vitamin D lab drawn.

| Symptom | Conley/Fall Risk | Learning | Suicide |
|---|---|---|---|
| Diarrhea: No | History of Falls in Last 3 Months Conley: No | Learning Style Pref Patient: None | Suicide Plan Includes Harm to Others: No |
| Difficulty Breathing: No | Impaired Gait Fall Risk Conley: No | | Symptoms of Psychosis Present None |
| Fatigue: No | Impaired Judgment Fall Risk Conley: No | | |
| Fever Infectious Disease: No | Incontinence Fall Risk Conley: No | | |
| Headache: No | | | |
| Illness With Generalized Rash: No | | | |
| Muscle Pain: No | | | |
| New or Worsening Cough: No | | | |
| Recent Exposure to Commun | | | |

---

**Orthopedics ROH**

Patient Name:    Dunn, Frank C
MRN:    02201557
FIN:    103103659
DOB/Age/Gender: 9/29/1959  62 years    Male

Date of Service:  3/31/2022
Provider:    Whittle MD,Allison P

---

### *Office Clinic Notes*

---

Electronically Signed on 03/31/22 12:50 PM

Hardaway MD, Austin Tyndall

Electronically Signed on 03/31/22 01:10 PM

Whittle MD, Allison P

---

EXHIBIT U

# Bureau of Prisons
## Health Services
## Health Problems

| Reg #:  32395-009 | Inmate Name:  DUNN, FRANK CHRISTIA |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Hyperlipidemia, unspecified | | | | | | |
| 01/23/2020 13:17 EST  Stiles, Rosemary NP | | ICD-10 | E785 | 01/23/2020 | Current | |
| Major depressive disorder, recurrent | | | | | | |
| 01/23/2020 13:17 EST  Stiles, Rosemary NP | | ICD-10 | F339 | 01/23/2020 | Current | |
| Myopia | | | | | | |
| 06/29/2021 10:11 EST  Brenner, B. OD | | ICD-10 | H5210 | 06/29/2021 | Current | |
| Essential (primary) hypertension | | | | | | |
| 01/23/2020 13:17 EST  Stiles, Rosemary NP | | ICD-10 | I10 | 01/23/2020 | Current | |
| Neck Fracture | | | | | | |
| 05/06/2020 16:00 EST  Kapur, Hari MD | | ICD-10 | S129XX | 05/06/2020 | Current | |
| Fracture  multiple ribs | | | | | | |
| 05/06/2020 16:00 EST  Kapur, Hari MD | | ICD-10 | S2249X | 05/06/2020 | Current | |
| Fracture of  clavicle | | | | | | |
| 05/06/2020 16:00 EST  Kapur, Hari MD | | ICD-10 | S42009 | 05/06/2020 | Current | |
| **Resolved** | | | | | | |
| Seborrheic dermatitis, unspecified | | | | | | |
| 01/30/2020 10:58 EST  Obi-Okoye, Nwannem MD | | ICD-10 | L219 | 01/29/2020 | Resolved | 01/30/2020 |
| 01/29/2020 14:43 EST  Obi-Okoye, Nwannem MD | | ICD-10 | L219 | 01/29/2020 | Current | |
| Edema, unspecified | | | | | | |
| 01/30/2020 10:58 EST  Obi-Okoye, Nwannem MD | | ICD-10 | R609 | 01/29/2020 | Resolved | 01/30/2020 |
| 01/29/2020 14:43 EST  Obi-Okoye, Nwannem MD | | ICD-10 | R609 | 01/29/2020 | Current | |

Total:  9

EXHIBIT V



Leading Teleradiology

# FCI Forrest City Low FOR

| | | | |
|---|---|---|---|
| Patient: | **DUNN, FRANK (Male)** | DOB: | 09/29/59 |
| Register#: | **32395-009** | Age: | 62 |
| Date: | 06/21/22 12:51 | Status: | OP |
| Slicecount: | 2 | | |
| History: | HX OF RT. CLAVICLE FX. COMPARE TO PREVIOUS FILMS | | |
| Priors: | | | |
| Exams: | FILM RIGHT CLAVICLE | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | Fontaine | | |

Accession Numbers: 1.2.840.113619.2.305.4.2147483647.1655824421.798668

---

**Final Report**

**Exam: FILM RIGHT CLAVICLE**

**INDICATION: HX OF RT. CLAVICLE FX. COMPARE TO PREVIOUS FILMS**

**COMPARISON: Right clavicle exam 8/3/20**

**FINDINGS:**

**2 views of the right shoulder are obtained.**

**There is a chronic non-united fracture of the midshaft of the right clavicle. Proximal shaft again noted superiorly displaced by one shaft width and there is approximate 1.5 cm overriding. No significant interval bony bridging or healing changes.**

**There is again widening of the acromioclavicular joint space approximately 2 cm transverse dimension.**

**No new fractures. Glenohumeral joint alignment is maintained.**

**Soft tissues are unremarkable.**

**IMPRESSION:**

**1. Chronic nonunited displaced fracture of the right mid clavicle shaft. No interval change in alignment or interval bony bridging healing.**

**2. No new fractures.**

**3. Chronic grade 1 separation of the right acromioclavicular joint with joint space widened to approximately 2 cm transverse dimension.**

EXHIBIT W

## Orthopedics ROH

| Patient Name: | DUNN, FRANK C | | |
|---|---|---|---|
| MRN: | 02201557 | Date of Service: | 9/1/2022 |
| FIN: | 500029040 | Provider: | Whittle MD,Allison P |
| DOB/Age/Gender: | 9/29/1959  62 years  Male | | |

### Office Clinic Notes

Phone number for Forrest City is ████████, made and asked to be directed to medical director

Patient will follow-up in Ortho White clinic in 6-8 weeks if he has not heard anything about surgery until then, will need repeat radiographs of right clavicle and C-spine/T-spine at that visit

**Referral Orders**

Return to clinic Orthopedics ROH, F/u in ORTHO WHITE clinic in 6 weeks, ████████
   Future Order, Est, Fracture, Clavicle fracture, OPC Ortho

**Medications/Immunizations Given This Visit**

ATTENDING ADDENDUM:
Patient discussed with the resident at the time of the clinic visit. X-rays reviewed. The patient is a federal inmate. He had a fall from his bunk in May 2020 and sustained a right clavicle fracture that was treated nonoperatively. The fracture is gone on to a nonunion. He also had a right C6 inferior facet fracture and T1-T4 right transverse process fractures. He has a chronic endplate fracture of T7. His spine was treated nonoperatively also. No x-rays were performed today. X-rays from 3/31/2022 showed a right clavicle nonunion. Dr. Rudloff had previously planned for surgery. We will discuss with Dr. Rudloff possible surgery for ORIF and possible bone grafting of the right clavicle nonunion. He may be weightbearing as tolerated on the right upper extremity and should work on range of motion. We will try to obtain new x-rays of the right clavicle today. If he has not heard anything about surgery he will return in about 6 to 8 weeks with x-rays of the right clavicle, cervical and thoracic spine.

| | Risk Conley:<br>No | |
|---|---|---|
| | Fall Risk Score<br>Conley: 2 | |
| | History of Falls<br>in Last 3<br>Months<br>Conley: Yes | |
| | Impaired Gait<br>Fall Risk<br>Conley: No | |
| | Impaired<br>Judgment Fall<br>Risk Conley:<br>No | |
| | Incontinence<br>Fall Risk<br>Conley: No | |

**Health Maintenance**

Health Maintenance
   Pending (in the next year)
      Due
         Influenza Vaccine due  09/01/22  and
every 1  years
         Adult Wellness Exam due  09/01/22  and
every 1  years
         Colon Cancer Screening
due  09/01/22  Variable frequency
         Depression Screening due  09/01/22  and
every 1  years
         Lipid Screening due  09/01/22  and every
5  years
         Smoking Cessation due  09/01/22  and
every 1  years
      Due In Future
         Diabetes Screening not due
until  05/04/23  and every 3  years
   Satisfied (in the past 1 year)
   There are no satisfied recommendations
within the defined date range

**Lab Results**
No qualifying data available.

**Attestation**
.attest

EXHIBIT X

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: DUNN, FRANK CHRISTIA | | | Reg #: 32395-009 |
| Date of Birth: 09/29/1959 | Sex: M Race: WHITE | | Facility: FOR |
| Encounter Date: 09/30/2022 13:53 | Provider: Renigar, Todd RN | | Unit: W08 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1      Provider: Renigar, Todd RN

Chief Complaint:  Medical Trip Return
Subjective:      med trip return from Regional One for clavicle repair
Pain:      No

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/30/2022 | 13:55 FOX | 97.8 | 36.6 | Oral | Renigar, Todd RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/30/2022 | 13:55 FOX | 75 | Radial | Regular | Renigar, Todd RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/30/2022 | 13:55 FOX | 18 | Renigar, Todd RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/30/2022 | 13:55 FOX | 115/74 | Left Arm | Sitting | Adult-regular | Renigar, Todd RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/30/2022 | 13:55 FOX | 98 | Room Air | Renigar, Todd RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

medical trip return from Regional One for outpatient surgical repair of right clavicle, patient returns with sling and orders for medications. return paperwork summary as follows:

Zofran 4mg PO q8h for 3 days PRN
Keflex 500mg PO q6h for 7 days
cyclobenzaprine 10mg PO TID for 14 days PRN

Inmate Name:  DUNN, FRANK CHRISTIA                                    Reg #:    32395-009
Date of Birth:   09/29/1959                    Sex:    M    Race:   WHITE    Facility:  FOR
Encounter Date: 09/30/2022 13:53          Provider:  Renigar; Todd RN      Unit:     W08

Acetaminophen 325mg PO TID for 14 days
Docusate 50mg PO BID PRN
Oxycodone 5mg PO q6h for 7 days PRN

return documentation sent to medical records

**PLAN:**

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Dressing Changes | Daily  PRN | 14 days | | Renigar, Todd RN |
| | Order Date: | 09/30/2022 | | |

**Disposition:**

To be Evaluated by Provider
Discharged to Housing Unit-No Restrictions

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/30/2022 | Counseling | Access to Care | Renigar, Todd | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Renigar, Todd RN on 09/30/2022 14:20

Requested to be cosigned by  Stiles, Rosemary NP.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Tomar, M. (MAT) MD.

Review documentation will be displayed on the following page.

EXHIBIT Y



 **Regional One Health**

**Regional One Health**
877 Jefferson Avenue
Memphis, TN 38103-2897

| | | | | |
|---|---|---|---|---|
| Patient: | **DUNN, FRANK C** | *32395-009* | | |
| MRN: | 02201557 | | Admit: | 9/30/2022 |
| FIN: | 500042146 | | Disch: | |
| DOB/Age/Gender: | 9/29/1959   63 years   Male | | Admitting: | |
| Location: | OSC Turner | | | |

---

### History and Physical Reports

---

| | |
|---|---|
| Document Type: | History and Physical |
| Service Date/Time: | 9/30/2022 05:00 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Ortho H&P |
| Sign Information: | Rudloff MD,Matthew I (9/30/2022 08:15 CDT) |

**Orthopaedic Surgery History & Physical**

**Chief Complaint:** R clavicle fx

**History of Present Illness:** DUNN, FRANK C is a 62 Years Male with a history of R clavicle fx. He had a fall from his bunk in may of 2020, on arrival to ROH diagnosed with C6 R inferior facet fracture, T1-T4 R TP fx, chronic superior endplate T7.

Documentation reports plan for surgery 4/22/2022 with Dr. Rudloff for right clavicle nonunion, however there is no further documentation of why the surgery did not occur. Patient states he is unsure but notes he has been told in the past treatment will be difficult due to lack of supervised therapy and poor living conditions with increased risk of infection. He understands that overall his numbness and tingling may not improve. He does note that he still has significant pain at the nonunion site and would like to have this addressed if at all possible.

He presents today for surgery.

**Past Medical History:** HTN, HLD, depression
**Past Orthopaedic History:** R RCR, R clavicle sx
**Past Surgical History:** Tonsillectomy, kidney stone removal
**Medications:** BP med, statin, celexa
**Allergies:** No Known Allergies

**Social History:**
**Tobacco:** denies
**Alcohol:** occasional
**Drugs:** denies
**Occupation:** inmate

**Review of Systems:**
Constitutional: Denies weight loss, fever and chills.
HEENT: Denies changes in vision and hearing.
Respiratory: Denies SOB and cough.
CV: Denies palpitations and CP.
GI: Denies abdominal pain, nausea, vomiting and diarrhea.
GU: Denies dysuria and urinary frequency.
MSK: see HPI
Skin: Denies rash and pruritus.
Neuro: Denies headache and syncope.
Psych: Denies recent changes in mood. Denies anxiety and depression.

**Physical Exam:**
GEN: WDWN, NAD
Examination right upper extremity demonstrates mid clavicle area of prominence with tenderness to palpation, the skin is in no way threatened, and/PIN/ulnar nerves intact with 5 out of 5 strength, sensation intact light touch with one of the 2 sensation in median radial

---



EXHIBIT Z

*32395-009*

**al One** Health

**Orthopedics ROH**
880 Madison Ave
Memphis, TN 38103-

**DUNN, FRANK C**
02201557
FIN:        500097128
DOB/Age/Gender: 9/29/1959  63 years    Male

Date of Service:   11/3/2022
Provider:          Whittle MD,Allison P

---

## Office Clinic Notes

Document Type:            Orthopedic Office Clinic Note
Service Date/Time:        11/3/2022 09:27 CDT
Result Status:            Auth (Verified)
Document Subject:         Ortho White Clinic
Sign Information:         Whittle MD,Allison P (11/3/2022 09:43 CDT); Jones MD,Caleb
                          Andrew (11/3/2022 09:33 CDT); Jones MD,Caleb Andrew
                          (11/3/2022 09:32 CDT)

**Reason for Visit**
Other

**Chief Complaint**
f/u

**History of Present Illness**
DOS: 9/30/22 - ORIF R clavicle nonunion, BMAC

63 yo M federal inmate in forest city for first postoperative follow-up. He had a fall from his bunk in may of 2020, on arrival to ROH diagnosed with C6 R inferior facet fracture, T1-T4 R TP fx, chronic superior endplate T7. All the above injuries were treated nonoperatively. He underwent the above operation for a right clavicle nonunion. He is overall been doing well. He has weaned out of the sling and working on shoulder range of motion. He reports intermittent tingling in the right hand.

**Review of Systems**
Negative

**Physical Exam**

Vitals & Measurements
T: 36.8 °C (Tympanic) T: 36.8 °C (Oral) RR: 19 BP: 119/78 SpO2: 99%
HT: 188 cm WT: 82 kg WT: 82 kg BMI: 23.201
Peripheral Pulse Rate: 65 (11/03/22 08:26:00)
Right upper extremity scar over the right clavicle with no drainage or surrounding erythema. He is minimally tender to palpation. Shoulder range of motion 160 degrees forward elevation. 60 degrees external rotation. AIN/PIN/U n intact, SILT M/U/R n, palp radial pulse, BCRx5

Imaging: Right clavicle films demonstrate similar alignment from fluoroscopic images 1 month ago, hardware intact
C and T spine films without fractures or dislocations, similar alignment to prior

**Assessment/Plan**
Pain
 63-year-old male with above injury status post ORIF R clavicle nonunion now
approximately 5 weeks out

Weightbearing as tolerated right upper extremity
Continue shoulder range of motion
Rx for Vit D
OTC pain control
Follow-up Ortho White in 6 weeks with right clavicle films

**Problem List/Past Medical History**
Ongoing
 Depression
 Hyperlipidemia
 Hypertension
Historical
 No qualifying data

**Procedure/Surgical History**
 • Open Reduction Internal Fixation
   Clavicle (Right) (09/30/2022)

**Medications**
ceFAZolin, 2 g= 20 mL, IV Piggyback, On Call to
 OR
cholecalciferol 50 mcg (2000 intl units) oral
 capsule, 50 mcg= 1 cap, Oral, Daily
docusate sodium 50 mg oral capsule, 50 mg= 1
 cap, Oral, BID, PRN
gabapentin 100 mg oral capsule, 100 mg= 1 cap,
 Oral, TID

**Allergies**
No Known Allergies

**Social History**
Alcohol
 Never, 03/31/2022
Home/Environment
 Lives with pt is an inmate., 11/03/2022
Substance Use
 Never, 03/31/2022
Tobacco
 Smoking tobacco use: Never (less than 100
 in lifetime), 4 or less cigarettes(less than 1/4
 pack)/day in last 30 days., 09/01/2022
 Smoking tobacco use: Never (less than 100
 in lifetime)., 06/10/2021

**Wellness**

| Infectious Disease | Travel Outside | Conley Fall Risk | Education Needs | Suicide Risk |
|---|---|---|---|---|
| | | | | |

---

Report Request ID:  16643742            Page 1 of 4            Print Date/Time:   11/3/2022 09:43 CDT

EXHIBIT AA

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | DUNN, FRANK CHRISTIA | | Reg #: 32395-009 |
| Date of Birth: | 09/29/1959 | Sex: M Race: WHITE | Facility: FOR |
| Encounter Date: | 12/20/2022 08:33 | Provider: Stiles, Rosemary NP | Unit: W08 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Stiles, Rosemary NP

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY

Subjective:     right shoulder issues, ortho follow up, right clavicle popping

c/o ringing in right ear since May 2020, which has progressively worsened since Head Injury May 2020

Pain:          No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/20/2022 | 08:33 FOX | 98.3 | 36.8 | | Stiles, Rosemary NP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/20/2022 | 08:33 FOX | 60 | | | Stiles, Rosemary NP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/20/2022 | 08:33 FOX | 18 | Stiles, Rosemary NP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/20/2022 | 08:33 FOX | 110/71 | | | | Stiles, Rosemary NP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/20/2022 | 08:33 FOX | 100 | | Stiles, Rosemary NP |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Clear to Auscultation

EXHIBIT BB

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DUNN, FRANK CHRISTIA | | Reg #: | 32395-009 |
| Date of Birth: | 09/29/1959 | Sex: M    Race: WHITE | Facility: | FOR |
| Note Date: | 01/11/2023 10:10 | Provider:    Stiles, Rosemary NP | Unit: | W08 |

Review Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**        Provider:   Stiles, Rosemary NP

12/28/2022 onsite hearing test showing moderate to severe hearing loss bilateral ears

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Audiology | ▓▓▓▓ | ▓▓▓▓ | Routine | No | |

Subtype:

Offsite Appt - Audiology

Reason for Request:

12/28/2022 onsite hearing test showing moderate to severe hearing loss bilateral ears

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Stiles, Rosemary NP on 01/11/2023 10:12

EXHIBIT CC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION


FRANK CHRISTIAN DUNN,

v.                                                    AFFIDAVIT

UNITED STATES OF AMERICA



"Indeed, no more than (affidavits) is necessary
to make the prima facie case."
United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981);
Cert. Denied, 50 U.S.L.W. 2169; S.Ct. March 22, 1982


I, Frank Dunn, being aware of the penalties of perjury, pursuant to the authority of 28 U.S.C. §1746, not being threatened, intimidated, or coerced in any way, swears the following to be true and correct:

My physical and mental health deterioration is the result of the lack of proper medical care by the Bureau of Prisons (BOP). The documented history of BOP complacency, dismissiveness coupled with dubious medical competency has caused me years of unnecessary pain and suffering and is accelerating the deterioration of my physical and mental health. My medical records clearly reflect the chronological history of BOP neglect. By what cruel and sadistic standard is it acceptable to take almost 30 months to remedy clearly evident fractures that should have been repaired no more than a few days after my May 4,2020 accident?

On May 6,2020, after returning from the hospital from the fall, I was transferred to Forrest City LOW's Special Housing Unit (S.H.U.) per BOP COVID-19 quarantine protocol. Despite my known injuries, BOP personnel applied SHU rules. These rules are reserved for inmates who have committed prison disciplinary infractions. My disciplinary record

1

was clean and remains so to this day. Mental cruelty was exhibited by not allowing me timely contact with family to inform them of my condition. Not hearing from me for two weeks and not being able to let them know what was happening was a consciously cruel and callous act by the BOP. My family received no BOP response after trying to get answers on my condition and whereabouts for weeks. I was repeatedly yelled at by BOP personnel to move faster when standing for mandatory head counts. After suffering nine broken ribs, five upper cervical fractures, a broken clavicle, and likely concussion, I could barely roll to my side let alone hurry and stand up for a head count.

BOP personnel shackled my hands behind my back despite my cries of pain and explanation of my injuries when entering my cell. BOP personnel entered my cell because I did not have a shower curtain and female staff regularly walked the halls. I mentioned that I had no hot water in the shower. My hot water was never fixed nor was a shower curtain provided. Showering with ice cold water while suffering debilitating pain from 15 recently fractured bones was pure torture. My prescriptive pain medication ran short. I was told by BOP personnel to purchase any desired non-prescription strength pain medication from commissary. I had limited access to the commissary per SHU rules and could not make timely purchases. Given the excruciating pain I was in, non-prescriptive pain relievers had no positive effect. Many times I passed out due to the extent of the pain. During this time I received no consultations from BOP medical staff nor shown any mercy or grace for my extensive pain. The pain and suffering I went through was barbaric and inhumane.

On February 23,2021 I met with the BOP Forrest City LOW general surgeon. The General surgeon professed to know nothing of my medical history and was stunned when I provided him details of my injuries sustained on May 4,2020. Although the general surgeon stated that he was not an orthopedic specialist, he immediately recognized an urgent surgical repair was necessary after a very careful examination of my deformed right shoulder from the broken clavicle, my lack of right arm, hand, and shoulder

2

mobility, and chronic and severe pain history. The general surgeon's surgical consultation recommendation gave me false hope that my injuries and shoulder, neck, and back pain would be properly attended.

In April of 2021 I had my first post-accident follow up with Regional One Health, Memphis orthopedic doctors. The first follow up had been originally scheduled for May 20,2020, however, the BOP did not take me. The examining doctor at Regional One Health, Memphis asked how long my broken clavicle had been visibly misaligned and felt misaligned. I answered that both aspects of misalignment were apparent within a few days of being released from the hospital on May 6,2020. The examining doctor at Regional One Health, Memphis stated clearly to me and my BOP escorts that surgery would have been performed had I been allowed to attend the originally scheduled follow up on May 20,2020. The examining doctor at Regional One Health, Memphis was visibly and audibly upset that I had been suffering needlessly for so long. The examining doctor at Regional One Health,Memphis ordered the BOP escorts to remove my cuffs so he could perform extensive assessments and x-rays. Based upon early preliminary analysis of the x-rays, the examining doctor at Regional One Health, Memphis stated my broken clavicle was degenerating compared to x-rays taken on May 4,2020 and that the further deterioration was evident in the numerous bone fragments that were grinding and tearing into nerve and muscle tissue. The doctor at Regional One Health,Memphis stated that the most painful injuries involve broken bones. He recognized not only the extensive pain I was currently experiencing, but the ongoing daily excruciating pain I must have been feeling since the date of the injury. As a temporary non-surgical aid, the examining doctor at Regional One Health, Memphis prescribed a medicated gel that would have helped alleviate some of my excruciating and debilitating daily pain. Inexplicably, the BOP' denied the prescribed medicated gel.

At this point in time I felt like I was being physically and emotionally abused by the BOP. I was denied prescription strength pain relievers and with the commissary open sporadically, purchase of non-prescription strength pain medication was not

3

assured. A recent shakedown of my unit led to the confiscation of my clearly marked bottle of Ibuprofen by BOP personnel. I was denied non-surgical aid for my neck, back, and shoulder pain and was not receiving proactive medical attention for my hand and arm pain and numbness. The accumulation pattern of BOP medical dismissiveness led to compounding my severe depression, high stress anxiety, and higher blood pressure. Severe headaches were becoming more frequent and intense and a distinct ringing in my ears was becoming more pronounced. A pattern of poor sleep developed due to my chronic neck, back, and shoulder pain. My mental and physical well being deteriorated daily.

From April of 2021 to September of 2022 BOP complacency and blatent disregard for my physical and mental health was repeatedly and clearly demonstrated during this time-frame by the long stretches of inaction. There were missed opportunities to schedule surgery after being confirmed and endorsed by the BOP's Dr.Obi in June of 2021, failure to follow Regional One Health,Memphis orthopedic surgery instructions for necessary lab tests, failure to confirm Regional One Health, Memphis follow up visits leading to unnecessary medical  trips and failure to effectively address the chronic problems associated with my May 4,2020 injuries. The expanding issues include increasing arthritic pain in my neck, back, and shoulder, an increased and particularly loud and persistant ringing in my ears, moderate to severe hearing loss, and more pronounced drooping in my right shoulder compared to my left, muscle and nerve pain in my right shoulder caused my the loose bone fragments constantly grinding against sensitive tissue, pain levels that consistently hovered in the 8-10 range with prescription pain relief providing no more than a 30-minute reprieve, right hand and finger numbness, diminished use of my right hand (I am right handed) and arm, decreased mobility of my neck, and lack of ability to walk for much distance or stand for even a modest length of time without causing dibilitating pain. The mental anguish I continually experienced led to a new and higher dosage anti-depressant prescribed with tepid results. My mental and physical health suffered irreparable harm while under BOP care. My quality of life was dire during this timeframe and continues to be

4

poor due to the permenant damage I have experienced from the BOP's lack of proper care. I am at the mercy of BOP personnel for proper medical attention that falls outside the scope of self-care and they have failed me repeatedly for years.

As of April of 2023, I am still in significant pain and no doubt will continue to be diagnosed as suffering from severe depression, stress anxiety disorder, and hypertension, which are not being effectively treated. As mentioned to me during my orientation visit by Forrest City Psychology staff, "there is nothing here to help you, you are on your own." My quality of life for the expected remainder of my existence has been significantly are irreversibly damaged due to BOP neglect. The BOP has robbed me of much future joy and happiness due to the unnecessary pain I will continue to suffer due to the inadeguate medical care it chose to provide.

Lastly, it is important to note the BOP, to this day, continues to be dismissive in providing me timely and effective health care. Post-surgical follow-ups have not occurred per Regional One,Memphis discharge instructions. The most recent required follow-up is approaching six months past due. I also have a surgical consultation for a painful dernia that is significantly past due. Once again, I am at the mercy of BOP personnel doing the right thing only when they are motivated to do so. As recently as Monday, April 10,2023 while attending a medical appointment, I inquired about the status of my delinquent post-surgical follow-up and hernia surgical consultation. My assigned medical provider states that the BOP is understaffed and cannot get volunteers for medical escort duty. As of today, many of my most pressing medical needs can only be handled by medical professionals located outside FCC Forrest City. It is not right for my pressing health care needs to be met only when it is convenient for a BOP employee to volunteer as an escort. Meanwhile, my pain and suffering continues daily. It is clear the BOP is not motivated to, nor is it consistantly able to, honor its obligation to responsibly meet my health needs and should be held accountable.

5

I, Frank Dunn, hereby swear under the penalty of perjury pursuant to 28 U.S.C. §1746 that the above-stated factual assertions are true and correct. Executed this _3rd_ day of _May_ , 2023.

/s/

Frank Dunn

6

U.S. POSTAGE PAID
PM
FORREST CITY, AR
72335
MAY 05, 23
AMOUNT

**$0.00**

R2305E124716-09

**FROM:** Frank Dunn
32395-009
FCC Forrest City Low
P.O. Box 9000
Forrest City, AR 72336

**TO:** Clerk of the Court
600 West Capitol Avenue
Little Rock, AR 72201





Rate Envelope
ruary 2014
5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail... may be a violation of federal law. This packaging is not for resale. EP14L © U.S. Postal Service; February 2014; All rights reserved.